RECEIVED

# Dr. Alexander Nicolas

668 Woodbourne Rd. Ste. 103
Langhorne P. A. 19047
Arproductions2@netzero.com
267-339-8215 Office
215-752-0651 Fax

FEB 1 6 2010

AT 8:30_____M
WILLIAM T. WALSH
CLERK

# MEMO

TO:     New Jersey Judiciary Court
FROM:   Dr. Alexander Nicolas
DATE:   February 16, 2010
RE:     EEOC Discrimination Case (Charge 530-2008-04019)
        NOTICE OF SUIT

## SUMMARY COMPLAIN

I am writing to make you aware that I have been working with the Trenton Board of

Education for more that fifteen years as a Substitute Teacher, Certified World Language

Teacher, and Certified Teacher Leader. I currently have my Supervisor, Principal,  and

School Administration certificates. I have been discriminated by the Administrative Staff

of the Board of Education. The discrimination is based on my race, age, and national

origin; the administrative staff of the Board of Education has not been fair to me. I have

applied for several Supervisor, Principal, Vice-Principal, and central office administrative

position for over a period of five years. I have been to more than fifty interviews.   I have

a Doctored degree in Educational Administration, two Masters Degrees, and a Bachelors

degree; I have passed all required test by the State of New Jersey. I am qualified to be a

Principal or School Administrator in the State of New Jersey.

The Administrative Staff of the Trenton Board of Education have hired other without prior teaching experience, certification or prior administrative experience. Additionally limited resources mean have been invested in this situation to help in the resolution of the unfair and illegal hiring practice of school administrators in Trenton Board of Education. In addition, I requested an investigation to be done by the school board and other entities in prior correspondent dated April 1, 2008 (EXHIBIT ON PG. 33). It is my intent to place a complained and class A action suit and meet the numerosity requirements under the **Civil Rights Act of 1964, S. 701 et seq., 706 as amended, 42 U. S. C. A., S. 2000e et seq., 2005e; 42 U. S. C. A., S. 1981, 1983; Fred Rules Civ.Pro.Rule 23(a), (b)(2), 28 U. S. C. A.,** against the Trenton Board of Education on the basis of discrimination. **The Trenton Board has violated my human rights under: Title VII of the Civil Rights Act of 1964 (Title VII), which prohibits employment discrimination based on race, color, religion, sex, or national origin. U. S. C. A (s.) 2000e-2: Unlawful employment practice which violates the petitioner rights under Treatises section:**

**Drawing upon several historic facts that will be presented to the court, the Trenton Board of Education mounted the following charges:**

**S. 1:49 National Origin –tribal affiliation:**

### I.   DISCRIMINATION BASE ON RACE

**Title VII prohibits discrimination based on race. 42 U. S. C. A (S.) 2000e-(a). The prima facie establishes that (1)**

The plaintiff **(Alexander Nicolas)** can establish a prima facie case of race discrimination under Title VII by establishing that (1) he is an American citizen born and raise in the City of Panama, Rep of Panama and is part of a Hispanic group based in Central America; (2) During the school year 2006-2008 plaintiff **(Alexander Nicolas)** applied and was qualified for the different administrative jobs for which the employer **(The Trenton Board of Education)** was seeking applicants; (3) plaintiff **(Alexander Nicolas)** was rejected for the position despite his qualifications; and (4) similarly situated individuals of another race were treated more favorably.

## II.     DISPARATE TREATMENT

**S. 1:29 IN GENERAL**

**III. Hostile environment**

**S. 1:45  Hostile environment**

The plaintiff **(Alexander Nicolas)** can establish a prima facie case of race discrimination under Title VII by establishing that (1) he is an American citizen born and raise in the City of Panama, Rep of Panama; (2) During the school year 2006-2008 plaintiff **(Alexander Nicolas)** applied and was qualified for the different administrative jobs for which the employer **(The Trenton Board of Education)** was seeking applicants; (3) plaintiff **(Alexander Nicolas)** was rejected for the position despite his qualifications; and (4) similarly situated individuals of another race were treated more favorably. He was also place in an adverse employment action.

## IV.    RETALIATION

### S. 1:45  Retaliation

The plaintiff **(Alexander Nicolas)** engaged in a protected activity by writing letters to the human resources department of the Trenton Board of Education and filling a EEOC Discrimination Case (Charge 530-2008-04019) (1) he is an American citizen born and raise in the City of Panama, Rep of Panama; (2) plaintiff **(Alexander Nicolas)** was abolished and Plaintiff was demoted to a teacher of world language; (3) plaintiff **(Alexander Nicolas)** was rejected for the various administrative position despite his qualifications due to writing complains to the school board during the 2007-2008 school year. A causal link exists between the protected activity and the adverse employment action.

## V.     PATTERN AND PRACTICE

### S. 1:30 "Pattern-and-practice"

The plaintiff **(Alexander Nicolas)** can establish a prima facie case of race discrimination under Title VII by establishing that (1)  a history of alleged racially discriminatory practices; (2) statistical disparities ; (3) the standard less and largely subjective hiring procedures; and (4) specific instances of alleged discrimination against various unsuccessful Hispanic applicants for administrative jobs.

# THE HARM THAT OCCURRE AS A RESULTS OF THE DEFENDANT'S ACT INCLUDE:

## LIST OF DAMAGE AND INJURY

1.) These complain seeks a declaratory and injunctive relief as to past and future retaliation and any adverse employment actions; actual economical damages, compensatory damages, including those for past and future pecuniary losses, emotional pain, mental anguish, lost of enjoyment of life, public humiliation, and other nonpecuniary losses.

2.) Pre and post-judgment interest and attorneys' fees and cost.

3.) The appropriate administrative position.

## PRELIMINARY DOCUMENTATION

I.      PART OF PROTECTED GROUP ...............PG 1

II.     QUALIFIED FOR THE JOB......................PG 2-14

III.    POSITIONS THAT PLAINTIFF APPLIED FOR WITH RECEIPTS

        ...............................…..………..PG 15-32

IV.    LETTERS SEND TO THE SCHOOL BOARD TO RESOLVE THE

SITUATION WITH POSITIONS THAT PLAINTIFF APPLIED FOR

THE 2007-2008 SCHOOL YEAR....................................PG 33-51

V.     ABOLISHMENT OF POSTION (TEACHER

LEADER)..........................................PG 56

VI.    DEMOTION AS A SPANISH TEACHER....PG 57

VII.   LETTERS OF INTEREST FOR VARIOUS

POSITIONS.......................PG 50, 51, AND 51 A

VIII.   MEETING WORK EXPECTATIONS....PG 60-68

IX.    WORKING ENVIORMENT...PG 69-79

X.     POSTING THAT I APPLIED FOR AND WAS NOT CALL AN

INTERVIEW 2009-2010 SCHOOL YEAR PG ..............80-86

XI.    NEW POSTIONS PLAINTIFF APPLIED FOR 2009-2010 SCHOOL

YEAR......................................................PG 87-97

XII.   UNFAIR EMPLOYMENT

PRACTICE..............................................PG 99-107

NOTE: DUE TO THE LARGE AMOUNT OF PAGES ON THE FILE

COMPLETE FILE WILL BE PROVIDED TO THE COURT WHEN NEEDED

FOR THE JUDGE TO REVIEW.

**DR. ALEXANDER NICOLAS, PH.D.**

| YEAR/DATE RECEIVED | JOB TITLE | LOCATION | POSTING NUMBER | N. OF POSITIONS | |
|---|---|---|---|---|---|
| 6/2/2005 | VICE-PRINCIPAL | DUNN MIDDLE SCHOOLS | 922 | 1 (PG.15) | 1 |
| 6/2/2005 | VICE-PRINCIPAL | ALTERNATIVE PROGRAM /MIDDLE SCHOOL | 922 | 1(PG.15) | 2 |
| 6/2/2005 | VICE-PRINCIPAL | ROBBINS ANNEX | 922 | 1(PG.15) | 3 |
| 6/2/2005 | VICE-PRINCIPAL | HEDGEPETH/WILLIAMS | 922 | 1(PG.15) | 4 |
| 6/2/2005 | VICE-PRINCIPAL | SOUTH WARD ANNEX ELEMENTARY | 922 | 1(PG.15) | 5 |
| 3/23/2005 | PRINCIPAL | TCHS WEST | 898 | 1 (PG.16A) | 6 |
| **THE YEAR** | **2006** | *Year 2005* | | | 6 (Jobs) |
| 12/14/2006 | PRINCIPAL | TRENTON HIGH WEST | 15 | 1(PG.16) | 7 |
| 9/12/06 | ASS. S. STUDENT SERVICES | CENTRAL SERVICES | 956 | 1(PG.17) | 8 |
| 9/12/06 | ASS. S. FOR CURRICULUM | CENTRAL SERVICES | 955 | 1(PG.17) | 9 |
| | | *2006* | | | 3 Jobs |
| 4/30/2008 | PRINCIPAL | MONUMENT | 478 | 1 (PG.18) | 10 |
| 1/24/2007 | VP-PRINCIPAL | HEDPGEPETH WILLIAMS | 26 | 1 (PG.19) | 11 |
| 1/2/2008 | ASSIST. DIV. SUPERINTENDENT | CENTRAL SERVICES | 327 | 1 (PG.20) | 12 |
| 7/2/2008 | VP-PRICIPAL | KILMER ELEMENTARY | 595 | 1 (PG.21A) | 13 |
| 7/2/2008 | VP-PRICIPAL | DUNN MIDDLE SCHOOL | 596 | 1(PG.21A) | 14 |
| 7/2/2008 | VP-PRICIPAL | HEDPGEPETH WILLIAMS | 597 | 1 (PG.21A) | 15 |
| 4/30/2008 | PRINCIPAL | DUNN MIDDLE SCHOOL | 409 | 1 (PG.24/A) | 16 |
| 6/25/2008 | PRINCIPAL | DUNN MIDDLE SCHOOL | 593 | 1 (PG.24 B) | 17 |
| 12/3/2007 | VP-PRINCIPAL | HEDPGEPETH WILLIAMS | 302 | 1 (PG.25/A) | 18 |
| 11/21/2007 | PRINCIPAL | HEDPGEPETH WILLIAMS | 303 | 1 (PG.25/ B) | 19 |
| 12/7/2007 | VP-PRINCIPAL | KILMER | 306 | 1 (PG.27) | 20 |

| | | | | | |
|---|---|---|---|---|---|
| 12/7/2007 | VP-PRINCIPAL | RIVERA | 312 | 1 (PG.28) | 22 |
| 12/7/2007 | SUPERINTENDE NT FOR CURRICULUM | | 313 | 1 (PG.29) | 23 |
| 2/6/2007 | VP-PRINCIPAL | RIVERA | 355 | 1 (PG.30) | 24 |
| 6/26/2008 | DIRECTOR FOR PRO. DEVELOPMENT | CENTRAL SERVICES | 575  2007-2008 | 1 (PG.32) | 25  15 (JOBS) |
| | | | | | |
| | | | | | |
| | | | | | |