
created with nitro PDF professional







**TRENTON BOARD OF EDUCATION**
**DIVISION OF HUMAN RESOURCES**
**108 NORTH CLINTON AVENUE**
**TRENTON, NEW HERSEY 08609**



Employment Application
**CERTIFICATED PERSONAL**
Trenton Public Schools

BE SURE TO ANSWER ALL QUESTIONS-RESUMES ARE NO SUBSTITUTE. BE SURE TO
INCLUDE PHOTOSTATIC COPY OF ALL RELEVANT TRANSCRIPTS AND CERTIFICATES.

Postings #  **403**

**PLEASE PRINT**

| NAME  (Last) | (First) | (Middle) | DATE |
|---|---|---|---|
| Dr.   Nicolas, | Alexander | S. | **April 3, 2008** |

ADDRESS            TELEPHONE NO.               Home (267) 528-2483
                                                                    Work
912 Parker St                                                 Cell    (215) 478-6428

CITY/STATE/ZIP CODE                    SOCIAL SECURITY NUMBER

POSITION APPLYING FOR (Please Print exact title)
**Director for  Secundary Curriculum**

EMERGENCY CONTACT NAME              TELEPHONE NUMBER
Vashti Nicolas                                       (215) 688-6771

REFERRED BY (Name of Person, Agency, or School)

HAVE YOU EVER APPLIED TO OR BEEN EMPLOYED BY THE TRENTON BOARD OF
EDUCATION? YES __X___ NO _____ IF YES, WHAT POSITION DID YOU HOLD & WHAT
YEARS WERE YOU EMPLOYED?
Principal, Vice-Principal Supervisor, Disciplinarian, Facilitator/Coach, Teacher Leader, Summer
School Project Leader, Teacher  Leader 2005-present.

ARE YOU RELATED TO ANY STAFF MEMBER AND/OR BOARD MEMBER WITHIN THE
DISTRICT OF TRENTON? YES__X____ NO_____ IF YES, STATE NAME AND TITLE OF
PERSON.
 Dr. Aurelio Nicolas

HAVE YOU EVER BEEN CONVICTED OF A CRIME OTHER THAN A MINOR TRAFFIC
OFFENSE? YES_____ NO __X____ IF YES, EXPLAIN.

ARE YOU A CITIZEN?                                    ( x ) YES        (  ) NO
ARE YOU A PERMANENT RESIDENT ALIEN?    (  ) YES        (  ) NO

1

## EDUCATION

| Name of School (High, College, Graduate, Trade) | Location City & State) | Period From / To | Did you Graduate? Yes/No | Academic Average |
|---|---|---|---|---|
| Pacific Western Univeristy Ph.D. (Educational Administration) | Los Angeles,  California | 2004 | Yes | A+ |
| The College of New Jersey Maters (Educationa Administration) | Trenton, New Jersey | 2000 | Yes | A- |
| Valley Forge Christian College B. S (Music) | Pheonixville, Pennsylvania | 1997 | Yes | B- |

ADDTITONAL DETAILS ON ABOVE (SUCH AS THESIS OR DISSERTATION TITLE AND SCOPE COVERED) OR FURTHER INFORMATION (SUCH AS SPECIAL TRAINING, CONFERENCES ATTENDED, STUDY, ETC.

**Thesis Title: "The Impact of a Mathematical Professional Development Program For Middle School Mathematics Teachers on The Mathematics Achievement of Urban Sixth Grade Students"**

## LIST ALL LANUGAGES OTHER THAN ENGLISH THAT YOU SPEAK/WRITE FLUENTLY

SPEAK _____ Spanish _____   WRITE_____ Spanish _____

| EDUCATIONAL OR PROFESSIONAL CERTIFICATES | DATE RECEIVED | STATE IN WHICH CERTIFIED |
|---|---|---|
| Teacher of Spanish | 1/99 | New Jersey |
| Principal | 2004 | New Jersey |
| School Administrator | 2004 | New Jersey |

## EMPLOYMENT HISTORY

*STARTING WITH YOUR PRESENT EMPLOYER, INCLUDE ALL PRIOR WORK HISTORY.
IF MORE SPACE IS NEEDE, PLEASE USE ADDITIONAL SHEETS OF PAPER.

| NAME OF EMPLOYER* | ADDRESS & TELEPHONE NO. OF EMPLOYER | DATES EMPLOYED |
|---|---|---|
| Trenton Public Schools Daylith/Twilight High School /Smith Ave and YouthBuild Institute | 108 North Clinton Ave. Trenton, New Jersey | 9/05 - present |

| POSITION TITLE | SALARY | | IMMEDIATE SUPERVISOR |
|---|---|---|---|
| Head Administrator, Teacher Leader, Trainer & Disciplinarian | START $72,982 | FINISH $75,865 | William Tracy, Principal |

**REASON FOR LEAVING** Transferred to YouthBuild Institute.

| SUMMARY OF RESPONSIBILITIES |
|---|
| Interacted with the students and staff. Provided leadership and guidance to the students and staff. Worked as the Facilitator/Coach for teachers. |
| Daylight/Twilight Smith Ave. where I trained teachers provided instructional support and demonstration lessons. Transferred to Daylight/Tiwilight YothBuild Institute (Head Administrator) where I performed the same duties as stated above. |

| NAME OF EMPLOYER | ADDRESS & TELEPHONE NO. OF EMPLOYER | DATES EMPLOYED |
|---|---|---|
| Trenton Board of Education Holland Middle School | 108 N. Clinton Ave. | 9/04 –June 05 |

| | Trenton, New Jersey<br>(609) 656-4900 | 9/04 -2005 |
|---|---|---|
| **POSITION TITLE**<br>Spanish Teacher, 6-8 | **SALARY**<br>**START**     **FINISH**<br>$62,000     $65,250 | **IMMEDIATE SUPERVISOR**<br>Marc Maurice, Principal |
| **REASON FOR LEAVING** | | |
| **SUMMARY OF RESPONSIBILITIES** | | |
| | | |
| | | |
| | | |

| **NAME OF EMPLOYER**<br>Trenton Board of Education<br>King Middle School | **ADDRESS & TELEPHONE NO.**<br>**OF EMPLOYER** | **DATES EMPLOYED**<br>9/05-Present |
|---|---|---|
| **POSITION TITLE**<br>Teacher of Spanish Leader 6-8 | **SALARY**<br>**START**     **FINISH**<br>$52,400     $61,000 | **IMMEDIATE SUPERVISOR**<br>Marzene Bennett, Principal |
| **REASON FOR LEAVING** | | |
| **SUMMARY OF RESPONSIBILITIES** | | |

Taught Spanish to 6th - 7th 8th grade students. Spanish Department Chairperson, gave demonstration lessons for classroom teachers, taught Adult Education for Trenton Central High Adult Education Program, ran
an elementary summer program, trained mathematics teachers, and handled middle school discipline.

**PROFESSIOANL & NON-PROFESSIOANL ACCOMPLISHMENTS & ACTIVITIES**
Include memberships & participation in professional or technical organizations, papers published, etc. Applicant need not divulge the name of any organization or activity which indicates race, sex, religion, or national origin of its members:
National Association of Supervisors of Mathematics, National Association of Teachers of Mathematics, National Middle School Association, Association of Supervision and Curriculum Development, National Association of Secondary Schools Principals, National Association of Elementary Schools Principal, New Jersey Principals and Supervisors Association, Benjamin Banneker Association, Alpha Kappa Alpha Sorority, Phi Delta Kappa, National Middle School Association, New Jersey Mathematics Coalition, Trenton's CHANGE Coalition.

## U.S. MILITARY HISTORY
### (Do not include ROTC)

BRANCH OF SERVICE ___N. J. Army  National Guard__

DATE ENTERED _____1992_____ _____ DATE SEPARATED _____1998_____

3



WHAT WAS THE NATURE OF YOUR PRINCIPAL SERVICE ASSIGNMENT?

_____

_____

_____

I HEREBY AFFIRM THAT MY ANWSERS TO THE FOREGOING QUESTIONS ARE TRUE AND CORRECT.  I UNDERSTAND THAT MISREPRESENTATION OR OMISSION OF FACTS CALLED FOR IN THIS APPLICATION, OR OTHER BOARD OF EDUCATION RECORDS, MAY BE CASUE FOR IMMEDIATE DISMISSAL WITHOUT NOTICE.  I FURTHER UNDERSTAND THAT ALL APPLICATNTS ARE SUBJECT TO PASS A MEDICAL EXAMINATION AS A CONDITION OF EMPLOYMENT. EXAMINATION WILL BE MADE BY A PHYSICIAN DESIGNATED BY THE TRENTON BOARD OF EDUCATION.

SIGNED _____ DATE_____

### "AUTHORIZATION FOR REFERENCE CHECK"

TO ASSIST IN EVALUATING MY EMPLOYMENT QUALIFICATIONS, I AUTHORIZE THE TRENTON BOARD OF EDUCATION TO REQUEST AND RECEIVE ANY INFORMATION CONCERNING ME INCLUDING, BUT NOT LIMITED TO REPORTS FROM ANY PERSON, SCHOOLS, LICENSING AGENCIES, AND FROM ANY OF MY PERVIOUS EMPLOYERS.

I ALSO AUTHORIZE ANY OF THE AFOREMENTIONED PARTIES TO FURNISH THE TRENTON BOARD OF EDUCATION WITH ALL INFORMATION CONCERNING ME.  I FURTHER RELEASE THEM AND YOU FROM ALL LIABILITY AND RESPONSIBILITY ARISING OUT OF THE RELEASE OF SUCH INFORMAITON.

### "CRIMINAL HISTORY BACKGROUND CHECK-CHAPTER 116 P.L. 1986"

I UNDERSTAND THERE IS A FEE THAT MUST BE PAID BY ME FOR THE PROCESSING OF MY FINGERPRINTS IN ACCORDANCE WITH STATE REQUIREMENTS FOR A CRIMINAL HISTORY BACKGROUND CHECK.

I HAVE READ THE ABOVE STATEMENTS AND AGREE TO THESE CONDTIONS.

SIGNATURE _____   DATE 4/4/08

### EQUAL OPPORTUNITY/AFFIRMATIVE ACTION EMPLOYER
### TRENTON PUBLIC SCHOOLS

The Trenton Public School District considers qualified applicants for employment.  All employees are treated without regard to race, creed, color, religion, sex, national origin, age, and disability, and sexual orientation, social or economic status.

To help us comply with Federal/State legislation and to obtain District goals, please answer the questions below.  This Pre-employment Information Form will be kept separately from your application for employment.

The completion of this form is in no way used as a criterion for selection. Thank you for your

POSITION:
DIRECTOR FOR SECONDARY CURRICULUM CONTENT,
ACCOUNTABILITY, AND NO CHILD LEFT BEHIND (NCLB)
IMPLEMENTATION

LOCATION:
Central Services Building

QUALIFICATIONS:
1. Master's degree from an accredited educational institution.
2. Minimum of five (5) years experience in school-based and/or central office educational leadership.
3. Knowledge of NJ Core Curriculum Content Standards.
4. Knowledge of research-based instruction.
5. Knowledge of major School Reform and their models.
6. Knowledge of the principles of instructional design.
7. Knowledge of Differentiated Instruction, Multicultural Education, Diversity Reading Instruction, Early Childhood, and Inclusive Education.
8. Knowledge and experience of the challenges and opportunities of urban schooling, of teaching minority students, and of teaching low-income students.
9. Demonstrated success in improving student achievement at the classroom and school levels.

DUTIES:
1. Direct and coordinate all activities related to the district curriculum and instructional delivery system.
2. Assess the need for curriculum revisions related to the New Jersey Core Curriculum Content Standards, state statutes and rules and district expectations.
3. Provide for the identification, development and dissemination of instructional best practices.
4. Oversee the development and identification of district curriculum assessments.
5. Direct the review and identification of instructional materials that support effective implementation of the curriculum.
6. Coordinate the development and implementation of district and school in-service workshops and institutes for teachers and administrators.
7. Coordinates special projects/programs related to the instructional program.
8. Assist with the implementation of the District instructional management system.
9. Assist in the development of department budgets and monitor expenditures.
10. Evaluate the effectiveness of district curriculum and instruction implementation.
11. Develop and implement grant-based programs designed to support curriculum and instruction.
12. Establish and maintain effective channels of communication with all stakeholders.

# Dr. Alexander Nicolas
### 912 Parker St, Langhorne, PA 19407; Mobile (267)528-2483
### arrproductions2@netzero.com

- *Fostering positive interpersonal relations among students, staff, parents and other administrators.*
- *Directing policy-making at the building level; and participating in the decision-making at all other levels when the policies in question affect the school's operation.*
- *Taking an active role as a member of administration by accepting or volunteering for various assignments.*
- *Improving school climate evidenced by the increase in staff and students' attendance, and reduction of out-of-school suspensions.*
- *Developing programs to enhance public relations and parental involvement.*
- *Fostering positive interpersonal relations among students, staff, parents and other administrators.*
- *Helping to establish and clarify both short and long range goals for the school.*
- *Continuation of sustained academic improvement in math and language arts.*
- *Successful implementation of a school reform model.*
- *Performing all other duties required of a building administrator.*

**September 2002 – December 2003 Holland Middle School, Trenton, New Jersey.**
### Administrative support.
- *Developed mastery-learning programs for limited English proficient children in conjunction with middle school classroom teachers.*
- *Tested program participants to determined program eligibility.*
- *Collected and analyzed data pertinent to program development and implementation.*
- *Developed a parental program.*
- *Provided resource and staff development assistance regarding special education, reading, and Mathematics.*
- *Coordinated staff development workshops related to the "No Child Left Behind" Legislation program.*

**September 2001 – June 2002 Holland Middle School, Trenton, New Jersey.**
### Teacher of Spanish.
- *Teacher of Spanish - 6th, 7th and 8th grade curriculum.*

**September 1999 – June 2001 Dr. Martin Luther King Middle School, Trenton, New Jersey.**
### Teacher of Spanish.
- *Teacher of Spanish - 6th, 7th and 8th grade curriculum.*

**June 1992 – August 1998   N. J. Army National Guard**

- *1st Alto Saxophone*
- *Music instructor.*

## LANGUAGES:
- *Spanish.*



## Dr. Alexander Nicolas
*912 Parker St, Langhorne, PA 19047; Mobile (267)528-2483*
*arrproductions2@netzero.com*

## PROFESSIONAL AFFILIATIONS:
- New Jersey Principals and Supervisors Association.

## PRESENTATIONS AND WORKSHOPS

*Rutgers University, Newark, New Jersey*
*Guest Speaker: Beyond Corporal Punishment*

*Rutgers University, New Brunswick, New Jersey*
*Guest Speaker: How to Educate the Bilingual Child*

*Montclair State University, Montclair, New Jersey*
*Workshop: The Significance of Being Hispanic-American*

*Noah's Ark Bible School*
*Presenter: Sensitivity Training / Acceptance of Cultural Differences*

*First Baptist Church of Newark*
*Panelist: Theme Segregation-vs. -Integration*

*St. Paul Methodist Church of Newark*
*Presenter: Multicultural Education*

*Instituto Panamericano, Panamá City, Panamá*
*Workshop Presenter: Cross Cultural Communication in the Classroom*

*Center for Occupational Education and Demonstration, Newark, New Jersey*
*Guest Speaker at first Graduation luncheon*

*References available upon request*

WARNING: THIS DOCUMENT CONTAINS MULTIPLE SECURITY FEATURES INCLUDING A CHAIN-LINK WATERMARK

XXX-XX-3135
250411

751173

# The State of New Jersey

Department of Education
State Board of Examiners

Standard Certificate

*This is to certify that*

| Issued | Expires | | County | District |
|--------|---------|---|--------|----------|
| 10/09 | | ALEXANDER S NICOLAS | 00 | 0000 |

Has met all of the requirements established by the State Board
of  Education and is authorized to serve in the public schools
of New Jersey as indicated below:

Supervisor

Lucille E. Davy
Commissioner of Education

Robert R. Higgins
Secretary, Board of Examiners



No. 863155

The State of New Jersey

Department of Education
State Board of Examiners

Certificate of Eligibility

*This is to certify that*

ALEXANDER S NICOLAS

County District
00      0000

Issued    Expires
06/05

Has completed certain requirements for certification and is eligible to seek employment in positions requiring the Provisional Certificate in the area(s) listed below. The Provisional Certificate will be issued contingent upon evidence of employment in a district that agrees to provide an approved induction program, including required job support, performance evaluation and professional coursework.

Principal

Commissioner of Education

Secretary, Board of Examiners

550802



# The State of New Jersey

**Department of Education**
**State Board of Examiners**

**Certificate of Eligibility**

550612

County    District
00        0000

*This is to certify that*

ALEXANDER S NICOLAS

Has completed certain requirements for certification and is eligible to seek employment in positions requiring the Provisional Certificate in the area(s) listed below. The Provisional Certificate will be issued contingent upon evidence of employment in a district that agrees to provide an approved induction program, including required job support, performance evaluation and professional coursework.

Issued  Expires
06/05

School Administrator

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

*Commissioner of Education*

*Secretary, Board of Examiners*



*FRANKLIN ELEMENTARY SCHOOL*
*200 WILLIAM STREET*
*TRENTON, N.J.  08610*
*Telephone:  609-656-4720*
*Fax:  609-278-1758*
*Principal:  Mr. Marc Maurice*
*mmaurice@trenton.k12.nj.us*

April 3, 2008

To Whom It May Concern,

It is with great pleasure that I am writing this letter on behalf of Dr. Nicholas.  I have known him for seven years.  During my tenure as a Principal of Holland Middle School, he was a Spanish teacher.  During that period of time, he displayed great professionalism and care in the delivery of his assigned duties.  Additionally, he constantly assisted my administrative team.  He usually volunteered his personal time to serve on several school committees.

Within a short period of time, it was evident that Dr. Nicholas had an insatiable desire to learn all facets of running a Middle School.  I gave him the needed exposure and guidance. He took advantage of the opportunity.  He is presently a Teacher Leader at the Daylight Twilight High School.

He has proven to be an asset to the Trenton School District.  Therefore, it is without reservation that I am recommending Dr. Nicholas for an Administrative position in our District.

Sincerely,

Marc Maurice
Principal

MM/ms




# Trenton Public Schools
## Patton J. Hill Elementary School

1010 East State Street
Trenton, New Jersey 08609
(609) 656-4980
(609) 989-2915 Fax

**Addie Daniels-Lane**
**Principal**

*Wayne Dennis*
*Vice Principal*

April 4, 2008

Dear Personnel Services:

It is my pleasure to recommend Dr. Alexander Nicolas as an excellent candidate for the Director for Secondary Curriculum Content position.

I have had an opportunity to observe and evaluate his work as well as his potential for growth his profession.

He has excellent rapport with his students. He shows a sincere interest in them as individuals and is consistently fair in dealing with them. He constantly searches for ways to make his teaching more interesting and more informative. He has great control of his room and has never needed assistance from the office in matters of discipline. His students like and respect him and are pleased to be in his class.

Dr. Nicolas also relates exceptionally well to his peers, as he is frank and outgoing and exhibits a pleasant and friendly personality. His appearance is beyond reproach, and his classroom, always brightly decorated, reflects his positive, optimistic attitude about life. I find him very cooperative when assigned special task. He frequently volunteers to assist other staff.

I consider him a capable and dedicated teacher and an asset to our district. I find it difficult to find teachers with his teaching talent, ambition, and drive, and I recommend him without reservation for the position he is seeking.

Sincerely,

Wayne Dennis

Vice Principal



# Luis Munoz-Rivera School

400 N. Montgomery Street
Trenton, New Jersey 08618
(609) 6564840

**Joseph Marazzo, Principal**                              **Alex Bethea, Vice Principal**

April 4, 2008

To Whom It My Concern,

I, Alex Bethea , Vice Principal at Rivera School, Trenton School District am writing this letter of recommendation on behalf of Dr. Alexander Nicolas.

Dr. Nicolas and I have known each other for more than ten years. It was a pleasure working with him a few years ago at Holland Middle School. He was eager to help students succeed and become productive citizens.

Dr. Nicolas is presently the Teacher Leader at the Daylight/Twilight YouthBuild Campus. This school year he invited me to the campus as a guess speaker for a Black History Month Program. In my visitation, I was impressed with the positive school climate and Dr. Nicolas professionalism.

In my interaction with Dr. Nicolas, I can affirm that his skills and training can be of great asset to this district. Therefore, it is with out reservation that I recommend Dr. Nicolas for an administrative position.

If you need further information, you can reach me on my cell (609) 203-0792.


Sincerely,

Alex Bethea

# TRENTON BOARD OF EDUCATION
## Central Services Building
## 108 North Clinton Avenue
## Trenton, New Jersey 08609



James H. Lytle, Ed.D.
**Superintendent of Schools**
(609) 989-2744
(609) 989-2682 (Fax)
torch@trenton.k12.nj.us

Carolyn Gibson
**Assistant Superintendent**
**Human Resources**
(609) 278-3003
(609) 278-3081 (Fax)
cgibson@trenton.k12.nj.us

'05   JUN -2  P 4 :00

RECEIVED T.B.F
HUMAN RESO

**Date:** 6. 02. 2005

**Dear:** Alexander Nicolas

**Thank you for your application for the position of:** 922 .

Your application will be reviewed and evaluated to determine if your background
is commensurate with our current needs, requirements and operating demands.
Should your application be selected for further consideration, you will be contacted.

Again, we appreciate your interest in the Trenton Public School District.

Soraya Nunez
**Human Resource Representative**

## EQUAL OPPORTUNITY/AFFIRATIVE ACTION EMPLOYER

**DISTRIBUTION:**   White: Applicant   Yellow: With Application   Pink: File

**PLEASE POST**                                        **PLEASE POST**

### TRENTON BOARD OF EDUCATION
**Human Resources Department**
**108 North Clinton Avenue**
**Trenton, New Jersey 08609**



**May 23, 2005**

## POSTING #922 – PLEASE PUT THIS NUMBER ON YOUR APLICATION

### POSTING OF VACANCIES

**POSITIONS:**          VICE PRINCIPALS   (5)

**LOCATIONS :**         Dunn Middle School  (1)
                        Middle School/Alternative Program (1)
                        Robbins Annex (1)
                        Hedgepeth/Williams (1)
                        Southward Annex Elementary (1)

**QUALIFICATIONS:**     1.   Hold a valid New Jersey Principal Certificate, or
                             be eligible.
                        2.   A minimum of a combination of three (3) to five (5)
                             years of teaching and administrative experiences.

**DUTIES:**             1.   Assists with the formal staff observation/evaluation
                             process.
                        2.   Assists with the development, implementation and
                             evaluation of curriculum goals and objectives.
                        3.   Coordinates with the principal and assistant
                             superintendents on curriculum and staff
                             development, program
                             innovations, scheduling, and implementation of
                             curriculum goals.
                        4.   Monitors attendance and curriculum
                             implementation of staff through PIP's objectives,
                             evaluations, lesson plans, grade/roll books, and staff
                             attendance records.
                        5.   Develops the budget and orders supplies as directed
                             by the principal.
                        6.   Assists with planning in-service programs.
                        7.   Establishes orientation program for new teachers.
                        8.   Supervise non-certified staff.
                        9.   Assigns substitutes to daily class coverage.
                        10.  Assists with state and district testing programs.
                        11.  Coordinates parental and voluntary groups in the
                             school.

**(Over)**

# TRENTON BOARD OF EDUCATION
## Central Services Building
### 108 North Clinton Avenue
### Trenton, New Jersey 08609

(16)

**James H. Lytle, Ed.D**
**Superintendent of Schools**
**(609) 989-5454**
**(609) 989-2682 (Fax)**
torch@trenton.k12.nj.us

**Carolyn Gibson**
**Assistant Superintendent**
**Human Resources**
**(609) 656-5471**
**(609) 278-3081 (Fax)**
cgibson@trenton.k12.nj.us

Posting No. *#15*

Date: *December 14, 2006*

Dear: *Alexander Nicolas*

Thank you for your application for the position of: *Principal - West.*

Your application will be reviewed and evaluated to determine if your background
is commensurate with our current needs, requirements and operating demands.
Should your application be selected for further consideration, you will be contacted.

Again, we appreciate your interest in the Trenton Public School District.

*Nicole*

**Human Resource Representative**

**EQUAL OPPORTUNITY/AFFIRMATIVE ACTION EMPLOYER**

**DISTRIBUTION:**   **White: Applicant   Yellow: With Application   Pink: File**

**PLEASE POST**                                        **PLEASE POST**



## TRENTON BOARD OF EDUCATION
### Human Resources Department
### 108 North Clinton Avenue
### Trenton, New Jersey 08609

**March 23, 2005**

## POSTING 898 --- PLEASE PUT THIS NUMBER ON YOUR APPLICATION

### POSTING OF VACANCY

**POSITION:**            **PRINCIPAL**

**LOCATION:**            **T.C.H.S @ WEST STATE STREET**

**QUALIFICATIONS:**
1. Valid N.J. Principal's Certificate.
2. At least five (5) years of successful teaching experience.
3. At least three (3) years of successful work experience as an administrator/supervisor on a secondary level.
4. Knowledgeable of Small Learning Communities (SLC).
5. Excellent organizational, writing, and communication skills.
6. Demonstrated ability to work with diverse student and staff populations.

**DUTIES:**
1. Assumes responsibility for the total school to meet the needs of students within the building.
2. Plans, supervises a large diverse staff, and coordinates all administrative and instructional activities in conjunction with respective vice-principals.
3. Assumes responsibility for maintaining a secure and safe environment for all students and staff.
4. Plans, coordinates, monitors and supervises each small learning community to ensure that each is self-sufficient and operates in a manner consistent with organizational plans.
5. Prepares all reports as required by the Superintendent and/or his designees.
6. Participates in all meetings as required.
7. Keeps the Superintendent and/or the Assistant Superintendent for School Improvement (grades 6-12) informed of all activities under his/her jurisdiction.
8. Works to develop partnerships that contribute to the high school activities/programs.
9. Submits reports pertaining to maintenance, lunch programs, supplies and equipment, and other topics as requested.

**(Over)**

# TRENTON BOARD OF EDUCATION
## Central Services Building
## 108 North Clinton Avenue
## Trenton, New Jersey 08609

(17)



**Carolyn Gibson**
Assistant Superintendent
Human Resources
(609) 656-5471
(609) 278-3081 (Fax)
cgibson@trenton.k12.nj.us



Posting No. _956 / 955_

**Date:** _9/12/06_

**Dear:** _Dr. Alexander Nicolas — S. Supp Service_
_Asst. Super — S. Supp Service_

**Thank you for your application for the position of:** _Asst Super Curri, Ins_

Your application will be reviewed and evaluated to determine if your background
is commensurate with our current needs, requirements and operating demands.
Should your application be selected for further consideration, you will be contacted.

Again, we appreciate your interest in the Trenton Public School District.

_____
**Human Resource Representative**

## EQUAL OPPORTUNITY/AFFIRMATIVE ACTION EMPLOYER

**DISTRIBUTION:**   White: Applicant   Yellow: With Application   Pink: File

**PLEASE POST**                                                      PLEASE POST

## TRENTON BOARD OF EDUCATION
### Human Resources Department
### 108 North Clinton Avenue
### Trenton, New Jersey 08609

**September 8, 2006**

## POSTING #956 – PLEASE PUT THIS NUMBER ON YOUR APPLICATION

*17 A*

### POSTING OF VACANCY

| | |
|---|---|
| **TITLE:** | **ASSISTANT SUPERINTENDENT**<br>**FOR CURRICULUM, INSTRUCTION AND ASSESSMENT** |
| **LOCATION:** | **CENTRAL SERVICES BUILDING** |
| **REPORTS TO:** | **SUPERINTENDENT** |

**QUALIFICATIONS:**

1. Valid New Jersey School Administrator certificate or eligibility.
2. Master's degree from an accredited college or university. Doctoral degree preferred.
3. At least ten years of educational administration experience, five (5) at the principal or director level, or comparable leadership position.
4. Knowledgeable of the NJ Core Curriculum Content Standards.
5. Knowledgeable evidence-based instructional planning.
6. Knowledgeable of major Whole School Reform developers and their models.
7. Knowledgeable of the principles of instructional design.
8. Familiar with major strands of educational research relating to the improvement of teaching and learning.
9. Proficient in instructional technology.
10. Knowledge and experience of the challenges and opportunities of urban schooling, of teaching minority students, of teaching low-income students; must have record of advocating for students.
11. Demonstrated success in improving student achievement at the classroom and school levels.

**PRIMARY ROLE:** To assist the Superintendent substantially and effectively in the task of providing leadership in developing, achieving, and maintaining the best possible educational programs and services.

**DUTIES:**

1. Direct, supervise and evaluate all personnel and programs within the Curriculum Instruction and Assessment Department.
2. Serve as a member of the Superintendent's administrative cabinet to provide advice and recommendations concerning the planning, development, implementation and evaluation of Curriculum Services.
3. Assist in the formulation of policies related to Curriculum Services for recommendation to the Board of Education.
4. Prepare and administer the budget for the Curriculum Instruction and Assessment Department.
5. Provide all requested federal, state and district reports for the Curriculum Services.
6. Cooperate with the Assistant Superintendent for Student and Support Services in providing professional development programs for personnel in the respective division.
7. Provide leadership and assistance in the planning administration of the Curriculum Instruction and Assessment Department.

**(OVER)**

**PLEASE POST**                                            **PLEASE POST**

**TRENTON BOARD OF EDUCATION**
**Human Resources Department**
**108 North Clinton Avenue**
**Trenton, New Jersey 08609**

**September 8, 2006**

## POSTING #955 – PLEASE PUT THIS NUMBER ON YOUR APPLICATION    *17B*

### POSTING OF VACANCY

| | |
|---|---|
| **TITLE:** | **ASSISTANT SUPERINTENDENT FOR STUDENT SUPPORT SERVICES** |
| **LOCATION:** | **CENTRAL SERVICES BUILDING** |
| **REPORTS TO:** | **SUPERINTENDENT** |

**QUALIFICATIONS:**

1. Valid New Jersey School Administrator certificate or eligibility.
2. Master's degree from an accredited college or university. Doctoral degree preferred.
3. At least ten years of educational administration experience, five (5) at the principal or director level, or comparable leadership position.
4. Knowledgeable of state and federal laws and regulations related to student support services and special education.
5. Knowledgeable of major strands of educational research relating to improving the performance of urban students.
6. Knowledgeable of the challenges and opportunities of urban schooling, and the types of student support services required for students from low-income families.
7. Must have a deep sense of commitment and purpose for working with Trenton's children.
8. Knowledgeable of the NJ Core Curriculum Content Standards.
9. Must demonstrate a proficiency in technology.

**PRIMARY ROLE:**

To direct the Pupil Support Services department with responsibility for planning and coordinating the implementation of all Pupil Support Services for the District, consistent with Board policies.

To enable all students to benefit from their educational opportunities to the fullest by eliminating, as far as possible, those problems that prevent or interfere with the student's learning and to ensure that the District meets its obligation to provide appropriate and timely services to students consistent with federal and state laws, rules and regulations as well as Board mandates.

**DUTIES:**

1. Directs, supervises and evaluates all personnel within the department of Pupil and Support Services.

**(OVER)**





RECEIVED
HUMAN RESOURCES ⑱
2008 MAY -9 P 12: 49

# TRENTON BOARD OF EDUCATION
## Central Services Building
## 108 North Clinton Avenue
## Trenton, New Jersey 08609-1014

**Patricia L. Lucas**
**Interim Assistant Superintendent**
**Human Resources**
**(609)656-5471 or 5459**
**(609)278-3081 (Fax)**
**plucas@trenton.k12.nj.us**

Posting No. _____478_____

Date: _____

Dear: _Dr. Nicolas_

Thank you for your application for the position of : _Principal / Monument_

Your application will be reviewed and evaluated to determine if your background is commensurate with needs, requirements and operating demands. Should your application be selected for further consideration, you will be contacted.

Again, we appreciate your interest in the Trenton Public School District.

_____
Human Resource Representative

EQUAL EMPLOYMENT/AFFIRMATIVE ACTION EMPLOYER

Distribution:  White: Applicant        Yellow: With Application        Pink: File

**PLEASE POST**                                         **PLEASE POST**

## TRENTON BOARD OF EDUCATION
### Human Resources Department
### 108 North Clinton Avenue
### Trenton, New Jersey 08609



**April 30, 2008**

### POSTING #478— PLEASE PUT THIS NUMBER ON YOUR APPLICATION

### POSTING OF VACANCY

**POSITION:**            **PRINCIPAL**

**LOCATION:**            **Monument Elementary School**

**QUALIFICATIONS:**      1.   Hold or be eligible for a valid New Jersey
                              Principal's certificate.
                         2.   A minimum of three (3) years experience in
                              teaching, teacher leadership and/or administration.
                         3.   Experience with curriculum development and
                              implementation.
                         4.   Thorough knowledge of NJ CCCS.
                         5.   Experience working in an urban setting, preferred.
                         6.   Ability to speak Spanish, a plus.
                         7.   Excellent verbal and oral communication skills.
                         8.   Excellent interpersonal skills.
                         9.   Proficient technology skills.

**DUTIES:**              1.   Assumes responsibility for the implementation and
                              observance of all board policies and administrative
                              regulations for the school staff and students.
                         2.   Provides educational leadership and maintains
                              effective communication with staff members,
                              central office personnel, parents, school community
                              and students.
                         3.   Provides educational leadership to effectively bring
                              about an improvement in student achievement.
                         4.   Works collaboratively, collegially and
                              cooperatively with fellow principals and other
                              district administrators.
                         5.   Demonstrates and serves as a resource for
                              instructional and best practices.
                         6.   Guides, encourages and assists in the development
                              of revisions and evaluation of the curriculum.
                         7.   Supervises all personnel assigned to the school.

**(OVER)**

# TRENTON BOARD OF EDUCATION
## Central Services Building
## 108 North Clinton Avenue
## Trenton, New Jersey 08609





**RECD JAN 2 4 2007**

**Carolyn Gibson**
**Assistant Superintendent**
**Human Resources**
**(609) 656-5471**
**(609) 278-3081 (Fax)**
**cgibson@trenton.k12.nj.us**

Posting No. _36_

Date: _1·24·07_

Dr.
Dear: _Alexander Nicholas_

Thank you for your application for the position of: _VP Hedgepeth/Williams_

Your application will be reviewed and evaluated to determine if your background
is commensurate with our current needs, requirements and operating demands.
Should your application be selected for further consideration, you will be contacted.

Again, we appreciate your interest in the Trenton Public School District.

_____
Human Resource Representative

**EQUAL OPPORTUNITY/AFFIRMATIVE ACTION EMPLOYER**

**DISTRIBUTION:**   White: Applicant   Yellow: With Application   Pink: File

**PLEASE POST**                                    **PLEASE POST**



**TRENTON BOARD OF EDUCATION**
**Department of Human Resources**
**108 North Clinton Avenue**
**Trenton, New Jersey 08609**



**November 21, 2007**

<u>**POSTING #303--- PLEASE PUT THIS NUMBER ON YOUR APPLICATION**</u>

<u>**RE- POSTING OF VACANCY**</u>

| | |
|---|---|
| **POSITION:** | **PRINCIPAL** |
| **LOCATION:** | **Hedgepeth/Williams School** |

**QUALIFICATIONS:**

1.  Hold or be eligible for a valid New Jersey Principal's certificate.
2.  A minimum of three (3) years experience in teaching, teacher leadership and/or administration.
3.  Experience with curriculum development and implementation.
4.  Identify and serve as a resource for instructional best practices.
5.  Thorough knowledge of NJ CCCS.
6.  Experience working in an urban setting, preferred.
7.  Ability to speak Spanish, a plus.
8.  Excellent verbal and oral communication skills.
9.  Excellent interpersonal skills.
10. Proficient technology skills.

**DUTIES:**

1.  Assumes responsibility for the implementation and observance of all board policies and administrative regulations for the school staff and students.
2.  Provides educational leadership and maintains effective communication with staff members, central office personnel, parents, school community and students.
3.  Provides educational leadership to effectively bring about an improvement in student achievement.
4.  Works collaboratively, collegially and cooperatively with fellow principals and other district administrators.
5.  Demonstrates and serve as a resource for instructional and best practices.

**(Over)**

*20*



RECEIVED
HUMAN RESOURCES

2008 JAN -2 P 2:01

# TRENTON BOARD OF EDUCATION
## Central Services Building
## 108 North Clinton Avenue
## Trenton, New Jersey 08609-1014

**Patricia L. Lucas**
**Interim Assistant Superintendent**
**Human Resources**
**(609)656-5471 or 5459**
**(609)278-3081 (Fax)**
**plucas@trenton.k12.nj.us**

Posting No. _____3 2 7_____

Date: ___1/2/08___

Dear: ___Alexander  Nicolas___

Thank you for your application for the position of : ___Division Assistant Superintendent___

Your application will be reviewed and evaluated to determine if your background is commensurate with needs, requirements and operating demands. Should your application be selected for further consideration, you will be contacted.

Again, we appreciate your interest in the Trenton Public School District.

_____
Human Resource Representative

### EQUAL EMPLOYMENT/AFFIRMATIVE ACTION EMPLOYER

Distribution:   White: Applicant          Yellow: With Application          Pink: File

# View Job

20A

| Building/Department | Trenton Board of Education |
|---|---|
| Position Title | RE-POSTING --- DIVISION ASSISTANT SUPERINTENDENT |
| Posting Number | 327 |
| Job Number | 2300007763 |
| Job Type | Other, Please Specify |
| Term of Contract | Twelve (12) Months |
| Salary: From | 119,000.00 |
| Salary: To | 135,000.00 |
| Technology Literacy Management | |
| Description | TITLE:<br>DIVISION ASSISTANT SUPERINTENDENT<br><br>LOCATION:<br>Central Services Building<br><br>QUALIFICATIONS:<br>1. Master's Degree in education or related field from an accredited college or university required, doctorate preferred.<br>2. NJ School Administrator certification or certificate of eligibility.<br>3. Minimum of 10 years experience as a teacher and/or administrator, required.<br>4. Minimum of two (2) years experience as a central service administrator, preferred.<br>5. Demonstrated leadership working with administrators, teachers, support staff, students, parents, and community members.<br>6. Excellent oral and written skills.<br>7. Demonstrated excellent interpersonal skills that enables the building of relationships and relating to all levels of staff.<br>8. Knowledge of NJCCCS AND NCLB.<br>9. Experience supervising and evaluating administrators.<br>10. Demonstrated ability of interpreting standardized test data in making sound decisions for staff professional development, staff assignments and student needs.<br>11. Demonstrated knowledge of proficiency utilizing technology.<br><br>DUTIES:<br>1. Serves as instructional leader of an identified division.<br>2. Meets with division principals to review, interpret and assess student standardized test results and develop strategies to continue improvement in student achievement.<br>3. Serves as the ombudsperson for principals in his/her division.<br>4. Works closely with building level administrators to ensure the full implementation of district curriculum.<br>5. Oversees the day-to-day operations of division schools.<br>6. Oversees the appropriate implementation division schools' budgets as they relate to staff and students.<br>7. Ensures that division principals adhere to all state, federal regulations and board policies.<br>8. Assures that in his/her division educational opportunities, instructional standards, and expectations for staff and student performance are maintained at a high level.<br>9. Serves as a liaison for division principals with other central office administrators.<br>10. Supervises, evaluates and directs the work of division principals and directors.<br>11. Schedules, facilitates, and organizes principal meetings.<br>12. Keeps weekly log of school visits.<br>13. Keeps division principals abreast of pertinent information. |

|  | February 8, 2008

HOW TO APPLY:
Please submit written letter of interest and current resume to the Human Resources Office no later than February 8, 2008.
Completed application must be on file by the deadline date and includes:
Internet Application (www.trenton.k12.nj.us)
Copy of NJ certification
Three current letters of reference.

Candidates who recently interviewed for Kilmer or Rivera on January 11th, 16th, and 30th may submit a letter of interest. Further interviews will not be required. |
|---|---|
| Open Date | 02/01/2008 |
| Closing Date | 02/08/2008 |

Back

*3 Jobs*



RECEIVED
HUMAN RESOURCES

2003 JUL -2  A 9:43



# TRENTON BOARD OF EDUCATION
## Central Services Building
## 108 North Clinton Avenue
## Trenton, New Jersey 08609-1014

*21   22   23*

Patricia L. Lucas
Interim Assistant Superintendent
Human Resources
(609)656-5471 or 5459
(609)278-3081 (Fax)
plucas@trenton.k12.nj.us

Posting No.  *595, 596, 597*

Date:  _____

Dear:  *Dr. Alexander Nicholas*

Thank you for your application for the position of :  *Vice Principal*

Your application will be reviewed and evaluated to determine if your background is commensurate with
needs, requirements and operating demands. Should your application be selected for further consideration,
you will be contacted.

Again, we appreciate your interest in the Trenton Public School District.

_____
Human Resource Representative

### EQUAL EMPLOYMENT/AFFIRMATIVE ACTION EMPLOYER

Distribution:  White: Applicant          Yellow: With Application          Pink: File

**PLEASE POST**

**TRENTON BOARD OF EDUCATION**
**Human Resources Department**
**108 North Clinton Avenue**
**Trenton, New Jersey 08609**

**June 25, 2008**

## Posting of Vacancies

# VICE PRINCIPALS (3)

**POSTING #595 – Kilmer Elementary School**    21 A

**POSTING #596 – Dunn Middle School**    22 A

**POSTING #597 – Hedgepeth/Williams School**    23 A

**QUALIFICATIONS:**

1. Hold or be eligible for a valid New Jersey Principal's certificate.
2. A minimum of five (5) years in education or equivalent experience in teaching, leadership and/or administration.
3. Experience working in an urban setting, preferred.
4. Excellent verbal and oral communication skills.
5. Excellent interpersonal skills.
6. Proficient technology skills.

**DUTIES:**

1. Assists in the formal staff observation/evaluation process.
2. Assists in the development, implementation and evaluation of curriculum goals and objectives.
3. Coordinates the curriculum and staff development, program innovations, scheduling, and implementation of curriculum goals.
4. Works with the building principal to ensure a positive learning environment for all students.
5. Works with the building principal to ensure a positive school climate and culture.
6. Provides effective treatment to staff, students and parents for improved student achievement.
7. Monitors attendance and curriculum implementation of staff through PIP's objectives, evaluations, lesson plans, grade/roll books, and staff attendance records.
8. Develops the budget and orders supplies as directed by the principal.
9. Coordinates placement of students.
10. Assists with planning in-service programs/staff training.
11. Coordinates summer school program and extended day.
12. Establishes orientation program for new teachers.

**(Over)**



RECEIVED
HUMAN RESOURCES

2008 APR 30  P 12: 47



# TRENTON BOARD OF EDUCATION
## Central Services Building
## 108 North Clinton Avenue
## Trenton, New Jersey 08609-1014

**Patricia L. Lucas**
**Interim Assistant Superintendent**
**Human Resources**
**(609)656-5471 or 5459**
**(609)278-3081 (Fax)**
**plucas@trenton.k12.nj.us**

Posting No. _____ 40g

Date: _____

Dear: _Dr. Nicholas_

Thank you for your application for the position of : _Principal_

Your application will be reviewed and evaluated to determine if your background is commensurate with needs, requirements and operating demands. Should your application be selected for further consideration, you will be contacted.

Again, we appreciate your interest in the Trenton Public School District.

_____
Human Resource Representative

### EQUAL EMPLOYMENT/AFFIRMATIVE ACTION EMPLOYER

Distribution:  White: Applicant        Yellow: With Application        Pink: File

**PLEASE POST**                                    **PLEASE POST**



**TRENTON BOARD OF EDUCATION**
**Human Resources Department**
**108 North Clinton Avenue**
**Trenton, New Jersey 08609**

**April 9, 2008**

## POSTING #409 - PLEASE PUT THIS NUMBER ON YOUR APPLICATION

### POSTING OF VACANCY

**POSITION:**          **PRINCIPAL**

**LOCATION:**          **Dunn Middle School**

**QUALIFICATIONS:**
1.  Hold or be eligible for a valid New Jersey Principal's certificate.
2.  A minimum of three (3) years experience in teaching, teacher leadership and/or administration.
3.  Experience with curriculum development and implementation.
4.  Thorough knowledge of NJ CCCS.
5.  Experience working in an urban setting, preferred.
6.  Ability to speak Spanish, a plus.
7.  Excellent verbal and oral communication skills.
8.  Excellent interpersonal skills.
9.  Proficient technology skills.

**DUTIES:**
1.  Assumes responsibility for the implementation and observance of all board policies and administrative regulations for the school staff and students.
2.  Provides educational leadership and maintains effective communication with staff members, central office personnel, parents, school community and students.
3.  Provides educational leadership to effectively bring about an improvement in student achievement.
4.  Works collaboratively, collegially and cooperatively with fellow principals and other district administrators.
5.  Demonstrates and serves as a resource for instructional and best practices.
6.  Guides, encourages and assists in the development of revisions and evaluation of the curriculum.
7.  Supervises all personnel assigned to the school.

**(OVER)**

**PLEASE POST**                                                        **PLEASE POST**

## TRENTON BOARD OF EDUCATION
### Human Resources Department
### 108 North Clinton Avenue
### Trenton, New Jersey 08609

**June 25, 2008**

### RE-POSTING #593 - PLEASE PUT THIS NUMBER ON YOUR APPLICATION

### POSTING OF VACANCY

| | |
|---|---|
| **POSITION:** | **PRINCIPAL** |
| **LOCATION:** | **Dunn Middle School** |

**QUALIFICATIONS:**

1. Hold or be eligible for a valid New Jersey Principal's certificate.
2. A minimum of five (5) years experience in education, teacher leadership and/or administration. Administrative experience preferred.
3. Experience with curriculum development and implementation.
4. Thorough knowledge of NJ CCCS.
5. Experience working in an urban setting, preferred.
6. Ability to speak Spanish, a plus.
7. Excellent verbal and oral communication skills.
8. Excellent interpersonal skills.
9. Proficient technology skills.

**DUTIES:**

1. Assumes responsibility for the implementation and observance of all board policies and administrative regulations for the school staff and students.
2. Provides educational leadership and maintains effective communication with staff members, central office personnel, parents, school community and students.
3. Provides educational leadership to effectively bring about an improvement in student achievement.
4. Works collaboratively, collegially and cooperatively with fellow principals and other district administrators.
5. Demonstrates and serves as a resource for instructional and best practices.
6. Guides, encourages and assists in the development of revisions and evaluation of the curriculum.
7. Supervises all personnel assigned to the school.

**(Over)**

**TRENTON BOARD OF EDUCATION**
**Central Services Building**
**108 North Clinton Avenue**
**Trenton, New Jersey 08609**

RECEIVED
HUMAN RESOURCES

2007 DEC -3  P 2: 42

*25*

John N. Fox
**Assistant Superintendent**
**Human Resources**
**(609) 656-5471**
**(609) 278-3081 (Fax)**
~~agibson~~@trenton.k12.nj.us
J Fox

Posting No. _302 '& 303_

Date: _____

Dear: _Dr. Alexander Nicholas_

Thank you for your application for the position of: _V P of H/W & Principal H/W_

Your application will be reviewed and evaluated to determine if your background
is commensurate with our current needs, requirements and operating demands.
Should your application be selected for further consideration, you will be contacted.

Again, we appreciate your interest in the Trenton Public School District.

_____
**Human Resource Representative**

**EQUAL OPPORTUNITY/AFFIRMATIVE ACTION EMPLOYER**

**DISTRIBUTION:**   White: Applicant   Yellow: With Application   Pink: File

**PLEASE POST**

**PLEASE POST**

25A

## TRENTON BOARD OF EDUCATION
### Human Resources Department
### 108 North Clinton Avenue
### Trenton, New Jersey 08609

**November 21, 2007**

## POSTING # 302 – PLEASE PUT THIS NUMBER ON YOUR APPLICATION

## RE-POSTING OF VACANCY

**POSITION:**     **VICE PRINCIPAL**

**LOCATION:**     **Hedgepeth/Williams School**

**QUALIFICATIONS:**

1. Hold or be eligible for a valid New Jersey Principal's certificate.
2. A minimum of four (4) years teaching experience or equivalent experience in teaching, leadership and/or administration.
3. Experience working in an urban setting, preferred.
4. Excellent verbal and oral communication skills.
5. Excellent interpersonal skills.
6. Proficient technology skills.

**DUTIES:**

1. Assists in the formal staff observation/evaluation process.
2. Assists in the development, implementation and evaluation of curriculum goals and objectives.
3. Coordinates the curriculum and staff development, program innovations, scheduling, and implementation of curriculum goals.
4. Works with the building principal to ensure a positive learning environment for all students.
5. Works with the building principal to ensure a positive school climate and culture.
6. Provides effective treatment to staff, students and parents for improved student achievement.
7. Monitors attendance and curriculum implementation of staff through PIP's objectives, evaluations, lesson plans, grade/roll books, and staff attendance records.
8. Develops the budget and orders supplies as directed by the principal.
9. Coordinates placement of students.
10. Assists with planning in-service programs/staff training.
11. Coordinates summer school program and extended day.
12. Establishes orientation program for new teachers.
13. Supervises non-certified staff.
14. Assigns substitutes to daily class coverage.
15. Communicates with guidance counselor as directed by the principal.

**(Over)**

**PLEASE POST**                                    **PLEASE POST**

**TRENTON BOARD OF EDUCATION**
**Department of Human Resources**
**108 North Clinton Avenue**
**Trenton, New Jersey 08609**

2 6

**November 21, 2007**

**POSTING #303--- PLEASE PUT THIS NUMBER ON YOUR APPLICATION**

**RE- POSTING OF VACANCY**

**POSITION:**            **PRINCIPAL**

**LOCATION:**            **Hedgepeth/Williams School**

**QUALIFICATIONS:**
1. Hold or be eligible for a valid New Jersey Principal's certificate.
2. A minimum of three (3) years experience in teaching, teacher leadership and/or administration.
3. Experience with curriculum development and implementation.
4. Identify and serve as a resource for instructional best practices.
5. Thorough knowledge of NJ CCCS.
6. Experience working in an urban setting, preferred.
7. Ability to speak Spanish, a plus.
8. Excellent verbal and oral communication skills.
9. Excellent interpersonal skills.
10. Proficient technology skills.

**DUTIES:**
1. Assumes responsibility for the implementation and observance of all board policies and administrative regulations for the school staff and students.
2. Provides educational leadership and maintains effective communication with staff members, central office personnel, parents, school community and students.
3. Provides educational leadership to effectively bring about an improvement in student achievement.
4. Works collaboratively, collegially and cooperatively with fellow principals and other district administrators.
5. Demonstrates and serve as a resource for instructional and best practices.

**(Over)**

## TRENTON BOARD OF EDUCATION
### Central Services Building
### 108 North Clinton Avenue
### Trenton, New Jersey 08609

RECEIVED
HUMAN RESOURCES

2007 DEC -7 P 2: 22

27   28   29

John N. Fox
**Assistant Superintendent**
**Human Resources**
**(609) 656-5471**
**(609) 278-3081 (Fax)**
~~agiboon@trenton.k12.nj.us~~
*J Fox*

Posting No. *306, 312, 313*

Dear: *Alexander Nicolas*

Dear:

Thank you for your application for the position of: *Super intendent for Curriculum*
*Vice Principal for Kilmer* *Vice Princi*
Your application will be reviewed and evaluated to determine if your background *for Rivera*
is commensurate with our current needs, requirements and operating demands.
Should your application be selected for further consideration, you will be contacted.

Again, we appreciate your interest in the Trenton Public School District.

*Laurie Rickenbach*
**Human Resource Representative**

## EQUAL OPPORTUNITY/AFFIRMATIVE ACTION EMPLOYER

**DISTRIBUTION:   White:  Applicant   Yellow:  With Application   Pink:  File**



RECEIVED
HUMAN RESOURCES
2008 FEB -6 P 2: 22



**TRENTON BOARD OF EDUCATION**
**Central Services Building**
**108 North Clinton Avenue**
**Trenton, New Jersey 08609-1014**

Patricia L. Lucas
**Interim Assistant Superintendent**
**Human Resources**
**(609)656-5471 or 5459**
**(609)278-3081 (Fax)**
**plucas@trenton.k12.nj.us**

Posting No. _____ 355 _____

Date: _____

Dear: *Alexander Nicholes, PhD*

Thank you for your application for the position of : *VP of Rivera / Letter of Intere*

Your application will be reviewed and evaluated to determine if your background is commensurate with
needs, requirements and operating demands. Should your application be selected for further consideration,
you will be contacted.

Again, we appreciate your interest in the Trenton Public School District.

Human Resource Representative

EQUAL EMPLOYMENT/AFFIRMATIVE ACTION EMPLOYER

Distribution:   White: Applicant        Yellow: With Application        Pink: File

# View Job



| Building/Department | Munoz-Rivera Elementary |
|---|---|
| Position Title | RE-POSTING VICE PRINCIPAL |
| Posting Number | 355 |
| Job Number | 2300008043 |
| Job Type | Elementary School |
| Term of Contract | Twelve (12) Months |
| Salary: From | 82,947.00 |
| Salary: To | 94,781.00 |
| Technology Literacy Management | |
| Description | QUALIFICATIONS:<br>1. Hold or be eligible for a valid New Jersey Principal?s certificate.<br>2. A minimum of four (4) years teaching experience or equivalent experience in teaching, leadership and/or administration.<br>3. Experience working in an urban setting, preferred.<br>4. Excellent verbal and oral communication skills.<br>5. Excellent interpersonal skills.<br>6. Proficient technology skills.<br><br>DUTIES:<br>1. Assists in the formal staff observation/evaluation process.<br>2. Assists in the development, implementation and evaluation of curriculum goals and objectives.<br>3. Coordinates the curriculum and staff development, program innovations, scheduling, and implementation of curriculum goals.<br>4. Works with the building principal to ensure a positive learning environment for all students.<br>5. Works with the building principal to ensure a positive school climate and culture.<br>6. Provides effective treatment to staff, students and parents for improved student achievement.<br>7. Monitors attendance and curriculum implementation of staff through PIP?s objectives, evaluations, lesson plans, grade/roll books, and staff attendance records.<br>8. Develops the budget and orders supplies as directed by the principal.<br>9. Coordinates placement of students.<br>10. Assists with planning in-service programs/staff training.<br>11. Coordinates summer school program and extended day.<br>12. Establishes orientation program for new teachers.<br>13. Supervises non-certified staff.<br>14. Assigns substitutes to daily class coverage.<br>15. Communicates with guidance counselor as directed by the principal.<br>16. Assists with state and district testing programs.<br>17. Coordinates parental and voluntary groups in the school.<br><br>TERMS OF<br>EMPLOYMENT:<br>Twelve (12) month position.<br><br>SALARY:<br>$82,947-$94,781? In accordance with TASA contract and experience.<br><br>DEADLINE<br>FOR APPLYING: |

*30 B*

14. Identifies potential candidates for principalship and other administrative positions.
15. Works closely with division principals in the preparation of school budgets, staffing needs, concerns raised by SLC, and community relations.
16. Assess the professional development needs of division principals.
17. Attends all Board meetings.
18. Serves on the Superintendent's cabinet.
19. Prepares reports as directed by the Superintendent.
20. Keeps abreast of educational tends that affect teaching/learning.
21. Maintains own professional development to ensure effectiveness as an educational leader.
22. Performs such other tasks and assumes such other responsibilities as directed by the Superintendent.

TERMS OF
EMPLOYMENT:
Twelve (12) Month Position

SALARY:
$119,000 - $135,000
In accordance with experience.

DEADLINE
FOR APPLYING:
January 8, 2008

HOW TO APPLY:
Please submit cover letter and résumé to the Human Resources Department.

APPLY TO:
Please submit written letter of interest, and current resume to the Human Resources Department no later than January 8, 2008. Candidates considered for interview will be asked to complete an application which includes:

Internet Application (www.trenton.k12.nj.us).
Copy of NJ certification.
Three current letters of reference.

| Open Date | 12/20/2007 |
|-----------|-----------|
| Closing Date | 01/08/2008 |





**RECEIVED**
**HUMAN RESOURCES**

2008 JAN -2 P 2:01

# TRENTON BOARD OF EDUCATION
## Central Services Building
## 108 North Clinton Avenue
## Trenton, New Jersey 08609-1014

(31)

Patricia L. Lucas
**Interim Assistant Superintendent**
**Human Resources**
**(609)656-5471 or 5459**
**(609)278-3081 (Fax)**
plucas@trenton.k12.nj.us

Posting No. _327_

**Date:** _1/2/08_

Dear: _Alexander Nicolas_

Thank you for your application for the position of : _Division Assistant Superintendent_

Your application will be reviewed and evaluated to determine if your background is commensurate with needs, requirements and operating demands. Should your application be selected for further consideration, you will be contacted.

Again, we appreciate your interest in the Trenton Public School District.

_Leera Rickenbash_
Human Resource Representative

## EQUAL EMPLOYMENT/AFFIRMATIVE ACTION EMPLOYER

<u>Distribution:</u>  White: Applicant          Yellow: With Application          Pink: File




# View Job

| Building/Department | Trenton Board of Education |
|---|---|
| Position Title | RE-POSTING --- DIVISION ASSISTANT SUPERINTENDENT |
| Posting Number | 327 |
| Job Number | 2300007763 |
| Job Type | Other, Please Specify |
| Term of Contract | Twelve (12) Months |
| Salary: From | 119,000.00 |
| Salary: To | 135,000.00 |
| Technology Literacy | |
| Management | |
| Description | TITLE:<br>DIVISION ASSISTANT SUPERINTENDENT<br><br>LOCATION:<br>Central Services Building<br><br>QUALIFICATIONS:<br>1. Master's Degree in education or related field from an accredited college or university required, doctorate preferred.<br>2. NJ School Administrator certification or certificate of eligibility.<br>3. Minimum of 10 years experience as a teacher and/or administrator, required.<br>4. Minimum of two (2) years experience as a central service administrator, preferred.<br>5. Demonstrated leadership working with administrators, teachers, support staff, students, parents, and community members.<br>6. Excellent oral and written skills.<br>7. Demonstrated excellent interpersonal skills that enables the building of relationships and relating to all levels of staff.<br>8. Knowledge of NJCCCS AND NCLB.<br>9. Experience supervising and evaluating administrators.<br>10. Demonstrated ability of interpreting standardized test data in making sound decisions for staff professional development, staff assignments and student needs.<br>11. Demonstrated knowledge of proficiency utilizing technology.<br><br>DUTIES:<br>1. Serves as instructional leader of an identified division.<br>2. Meets with division principals to review, interpret and assess student standardized test results and develop strategies to continue improvement in student achievement.<br>3. Serves as the ombudsperson for principals in his/her division.<br>4. Works closely with building level administrators to ensure the full implementation of district curriculum.<br>5. Oversees the day-to-day operations of division schools.<br>6. Oversees the appropriate implementation division schools' budgets as they relate to staff and students.<br>7. Ensures that division principals adhere to all state, federal regulations and board policies.<br>8. Assures that in his/her division educational opportunities, instructional standards, and expectations for staff and student performance are maintained at a high level.<br>9. Serves as a liaison for division principals with other central office administrators.<br>10. Supervises, evaluates and directs the work of division principals and directors.<br>11. Schedules, facilitates, and organizes principal meetings.<br>12. Keeps weekly log of school visits.<br>13. Keeps division principals abreast of pertinent information. |

31 JB

|  |  |
|---|---|
|  | February 8, 2008<br><br>HOW TO APPLY:<br>Please submit written letter of interest and current resume to the Human Resources Office no later than February 8, 2008.<br>Completed application must be on file by the deadline date and includes:<br>Internet Application (www.trenton.k12.nj.us)<br>Copy of NJ certification<br>Three current letters of reference.<br><br>Candidates who recently interviewed for Kilmer or Rivera on January 11th, 16th, and 30th may submit a letter of interest. Further interviews will not be required. |
| Open Date | 02/01/2008 |
| Closing Date | 02/08/2008 |

Back

*Jobs*
*IN 2007-2008*
(32)



# TRENTON BOARD OF EDUCATION
## Central Services Building
## 108 North Clinton Avenue
## Trenton, New Jersey 08609-1014

**Patricia L. Lucas**
**Interim Assistant Superintendent**
**Human Resources**
**(609)656-5471 or 5459**
**(609)278-3081 (Fax)**
**plucas@trenton.k12.nj.us**

Posting No. _575_

Date: _6/26/08_

Dear: _Dr. Alex Nicolas_

Thank you for your application for the position of : _Director for Pro. Development_

Your application will be reviewed and evaluated to determine if your background is commensurate with needs, requirements and operating demands. Should your application be selected for further consideration, you will be contacted.

Again, we appreciate your interest in the Trenton Public School District.

_____
Human Resource Representative

### EQUAL EMPLOYMENT/AFFIRMATIVE ACTION EMPLOYER

Distribution:  White: Applicant          Yellow: With Application          Pink: File

# MEMO

TO:      Ms. Patricia Lucas, Interim Assistant Superintendent
         Human Resources

FROM:    Dr. Alexander Nicolas, Teacher Leader

DATE:    April 1, 2008

RE:      Administrative Postings

It's relatively simple to check on the basic professional competency of someone applying to work in a school district. As an applicant for the various administrative positions my job performance comes with a trail of credentials, licenses, and references. This school year I have applied for more that six administrative positions. Few weeks ago you offer me the opportunity to work two days a week at Daylight Twilight Bellevue campus as a Teacher Leader. The Daylight/Twilight main campus needs an administrator and not a Teacher leader.

As you know a Teacher Leader is powerless. There are some sound decisions that must be made to restructure the school operation at Daylight/Twilight main campus. Further more, the administration needs to review the staff placement and current positions. With all the openings in this school year the district and your team offered me a Teacher Leader position and not a Principal or Vice-Principal job. It is my believe that your team has no intention of considering me for an administrative position. I am professionally competent to be a head administrator.

As you are aware I am the Teacher Leader for the Daylight/Twilight YouthBuild campus. This job or task clearly proves that my experience in scheduling, management and curriculum will help bring success to the school district and the community. Additionally my experience and ability to speak a foreign language is a plus for this district. I have worked oversees as a school administrator. In the past the district has hired administrators without prior administrative experience, certification, classroom experience and no leadership skills. It is evident to me that the Trenton school district has always been engage in unfair hiring practices. As the new person in charge, I want you to bring some fairness to this process. There should be an investigation to address the improper hiring of personnel. This is done with the intention of setting fair guidelines in the hiring process. Thanks for your cooperation and time, if you have any questions please feel free to call me at 267-528-2483.

Cc: Rodney Lofton, Superintendent of Schools
Kathleen Smallwood Johnson,  Assistant Superintendent.
Joyce M. Kersey, President
Dr. L. Diane Campbell, Vice President
Alexander Brown
Dr. Lucy Guzman
Lisa Kasabach
Harry Luna
Marcellus D. Smith Jr.
Donald Shelton
Nicola Tatum
Mayor Douglas Palmer

# TRENTON BOARD OF EDUCATION
## Central Services Building
### 108 North Clinton Avenue
### Trenton, New Jersey 08609

$34$



REC'D JAN 2 4 2007

**Carolyn Gibson**
**Assistant Superintendent**
**Human Resources**
(609) 656-5471
(609) 278-3081 (Fax)
cgibson@trenton.k12.nj.us

Posting No. _____ 76 _____

Date: _____ 1-24-07 _____

Dear: Dr. Alexander Nicholas

Thank you for your application for the position of: VP Hedgepeth/Williams

Your application will be reviewed and evaluated to determine if your background
is commensurate with our current needs, requirements and operating demands.
Should your application be selected for further consideration, you will be contacted.

Again, we appreciate your interest in the Trenton Public School District.

_____
Human Resource Representative

## EQUAL OPPORTUNITY/AFFIRMATIVE ACTION EMPLOYER

**DISTRIBUTION:**   White: Applicant   Yellow: With Application   Pink: File



# TRENTON PUBLIC SCHOOLS
### *Central Services Building*
### *Human Resources Department*
### 108 North Clinton Avenue
### Trenton, New Jersey 08609

Patricia Lucas
*Assistant Superintendent for Human Resources*
(609) 656-5470
(609) 278-3081 (FAX)
plucas@trenton.k12.nj.us

March 5, 2008

Dr. Alexander Nicolas
4 Sanhican
Trenton, NJ 08618

Dear Dr. Nicolas:

Thank you for interviewing for the position of Vice Principal for Kilmer and Rivera
Elementary Schools with the Trenton Board of Education.

While you possess many fine qualities, another candidate has been recommended. We
thank you for applying and encourage you to maintain your interest in employment with
the Trenton Board of Education.

Yours truly,

Patricia L. Lucas
Assistant Superintendent
Human Resources

PLL:lr

c:  Human Resources File
    Rodney Lofton, Superintendent

36

## View Job

| Building/Department | Munoz-Rivera Elementary |
|---|---|
| Position Title | RE-POSTING VICE PRINCIPAL |
| Posting Number | 355 |
| Job Number | 2300008043 |
| Job Type | Elementary School |
| Term of Contract | Twelve (12) Months |
| Salary: From | 82,947.00 |
| Salary: To | 94,781.00 |
| Technology Literacy Management | |
| Description | QUALIFICATIONS:<br>1. Hold or be eligible for a valid New Jersey Principal?s certificate.<br>2. A minimum of four (4) years teaching experience or equivalent experience in teaching, leadership and/or administration.<br>3. Experience working in an urban setting, preferred.<br>4. Excellent verbal and oral communication skills.<br>5. Excellent interpersonal skills.<br>6. Proficient technology skills.<br><br>DUTIES:<br>1. Assists in the formal staff observation/evaluation process.<br>2. Assists in the development, implementation and evaluation of curriculum goals and objectives.<br>3. Coordinates the curriculum and staff development, program innovations, scheduling, and implementation of curriculum goals.<br>4. Works with the building principal to ensure a positive learning environment for all students.<br>5. Works with the building principal to ensure a positive school climate and culture.<br>6. Provides effective treatment to staff, students and parents for improved student achievement.<br>7. Monitors attendance and curriculum implementation of staff through PIP?s objectives, evaluations, lesson plans, grade/roll books, and staff attendance records.<br>8. Develops the budget and orders supplies as directed by the principal.<br>9. Coordinates placement of students.<br>10. Assists with planning in-service programs/staff training.<br>11. Coordinates summer school program and extended day.<br>12. Establishes orientation program for new teachers.<br>13. Supervises non-certified staff.<br>14. Assigns substitutes to daily class coverage.<br>15. Communicates with guidance counselor as directed by the principal.<br>16. Assists with state and district testing programs.<br>17. Coordinates parental and voluntary groups in the school.<br><br>TERMS OF<br>EMPLOYMENT:<br>Twelve (12) month position.<br><br>SALARY:<br>$82,947-$94,781? In accordance with TASA contract and experience.<br><br>DEADLINE<br>FOR APPLYING: |

February 8, 2008

HOW TO APPLY:
Please submit written letter of interest and current resume to the Human Resources
Office no later than February 8, 2008.
Completed application must be on file by the deadline date and includes:
Internet Application (www.trenton.k12.nj.us)
Copy of NJ certification
Three current letters of reference.

Candidates who recently interviewed for Kilmer or Rivera on January 11th, 16th, and
30th may submit a letter of interest. Further interviews will not be required.

| Open Date | 02/01/2008 |
| Closing Date | 02/08/2008 |

[ Back ]

## View Job

| Building/Department | Trenton Board of Education |
|---|---|
| Position Title | RE-POSTING --- DIVISION ASSISTANT SUPERINTENDENT |
| Posting Number | 327 |
| Job Number | 2300007763 |
| Job Type | Other, Please Specify |
| Term of Contract | Twelve (12) Months |
| Salary: From | 119,000.00 |
| Salary: To | 135,000.00 |
| Technology Literacy Management | |
| Description | TITLE:<br>DIVISION ASSISTANT SUPERINTENDENT<br><br>LOCATION:<br>Central Services Building<br><br>QUALIFICATIONS:<br>1. Master's Degree in education or related field from an accredited college or university required, doctorate preferred.<br>2. NJ School Administrator certification or certificate of eligibility.<br>3. Minimum of 10 years experience as a teacher and/or administrator, required.<br>4. Minimum of two (2) years experience as a central service administrator, preferred.<br>5. Demonstrated leadership working with administrators, teachers, support staff, students, parents, and community members.<br>6. Excellent oral and written skills.<br>7. Demonstrated excellent interpersonal skills that enables the building of relationships and relating to all levels of staff.<br>8. Knowledge of NJCCCS AND NCLB.<br>9. Experience supervising and evaluating administrators.<br>10. Demonstrated ability of interpreting standardized test data in making sound decisions for staff professional development, staff assignments and student needs.<br>11. Demonstrated knowledge of proficiency utilizing technology.<br><br>DUTIES:<br>1. Serves as instructional leader of an identified division.<br>2. Meets with division principals to review, interpret and assess student standardized test results and develop strategies to continue improvement in student achievement.<br>3. Serves as the ombudsperson for principals in his/her division.<br>4. Works closely with building level administrators to ensure the full implementation of district curriculum.<br>5. Oversees the day-to-day operations of division schools.<br>6. Oversees the appropriate implementation division schools' budgets as they relate to staff and students.<br>7. Ensures that division principals adhere to all state, federal regulations and board policies.<br>8. Assures that in his/her division educational opportunities, instructional standards, and expectations for staff and student performance are maintained at a high level.<br>9. Serves as a liaison for division principals with other central office administrators.<br>10. Supervises, evaluates and directs the work of division principals and directors.<br>11. Schedules, facilitates, and organizes principal meetings.<br>12. Keeps weekly log of school visits.<br>13. Keeps division principals abreast of pertinent information. |

| | February 8, 2008 |
|---|---|
| | HOW TO APPLY: |
| | Please submit written letter of interest and current resume to the Human Resources Office no later than February 8, 2008. |
| | Completed application must be on file by the deadline date and includes: |
| | Internet Application (www.trenton.k12.nj.us) |
| | Copy of NJ certification |
| | Three current letters of reference. |
| | |
| | Candidates who recently interviewed for Kilmer or Rivera on January 11th, 16th, and 30th may submit a letter of interest. Further interviews will not be required. |
| Open Date | 02/01/2008 |
| Closing Date | 02/08/2008 |

Back



RECEIVED
HUMAN RESOURCES
2008 FEB -6 P 2: 22



# TRENTON BOARD OF EDUCATION
## Central Services Building
## 108 North Clinton Avenue
## Trenton, New Jersey 08609-1014

**Patricia L. Lucas**
**Interim Assistant Superintendent**
**Human Resources**
**(609)656-5471 or 5459**
**(609)278-3081 (Fax)**
**plucas@trenton.k12.nj.us**

Posting No. _355_

Date: _____

Dear: _Alexander Nicholas, PhD._

Thank you for your application for the position of : _VP of Rivera / Letter of Intent_

Your application will be reviewed and evaluated to determine if your background is commensurate with needs, requirements and operating demands. Should your application be selected for further consideration, you will be contacted.

Again, we appreciate your interest in the Trenton Public School District.

_____
Human Resource Representative

### EQUAL EMPLOYMENT/AFFIRMATIVE ACTION EMPLOYER

Distribution:  White: Applicant      Yellow: With Application      Pink: File

4|

# View Job

| Building/Department | Munoz-Rivera Elementary |
|---|---|
| Position Title | RE-POSTING VICE PRINCIPAL |
| Posting Number | 355 |
| Job Number | 2300008043 |
| Job Type | Elementary School |
| Term of Contract | Twelve (12) Months |
| Salary: From | 82,947.00 |
| Salary: To | 94,781.00 |
| Technology Literacy Management | |
| Description | QUALIFICATIONS:<br>1. Hold or be eligible for a valid New Jersey Principal?s certificate.<br>2. A minimum of four (4) years teaching experience or equivalent experience in teaching, leadership and/or administration.<br>3. Experience working in an urban setting, preferred.<br>4. Excellent verbal and oral communication skills.<br>5. Excellent interpersonal skills.<br>6. Proficient technology skills.<br><br>DUTIES:<br>1. Assists in the formal staff observation/evaluation process.<br>2. Assists in the development, implementation and evaluation of curriculum goals and objectives.<br>3. Coordinates the curriculum and staff development, program innovations, scheduling, and implementation of curriculum goals.<br>4. Works with the building principal to ensure a positive learning environment for all students.<br>5. Works with the building principal to ensure a positive school climate and culture.<br>6. Provides effective treatment to staff, students and parents for improved student achievement.<br>7. Monitors attendance and curriculum implementation of staff through PIP?s objectives, evaluations, lesson plans, grade/roll books, and staff attendance records.<br>8. Develops the budget and orders supplies as directed by the principal.<br>9. Coordinates placement of students.<br>10. Assists with planning in-service programs/staff training.<br>11. Coordinates summer school program and extended day.<br>12. Establishes orientation program for new teachers.<br>13. Supervises non-certified staff.<br>14. Assigns substitutes to daily class coverage.<br>15. Communicates with guidance counselor as directed by the principal.<br>16. Assists with state and district testing programs.<br>17. Coordinates parental and voluntary groups in the school.<br><br>TERMS OF EMPLOYMENT:<br>Twelve (12) month position.<br><br>SALARY:<br>$82,947-$94,781? In accordance with TASA contract and experience.<br><br>DEADLINE FOR APPLYING: |

14. Identifies potential candidates for principalship and other administrative positions.
15. Works closely with division principals in the preparation of school budgets, staffing needs, concerns raised by SLC, and community relations.
16. Assess the professional development needs of division principals.
17. Attends all Board meetings.
18. Serves on the Superintendent's cabinet.
19. Prepares reports as directed by the Superintendent.
20. Keeps abreast of educational tends that affect teaching/learning.
21. Maintains own professional development to ensure effectiveness as an educational leader.
22. Performs such other tasks and assumes such other responsibilities as directed by the Superintendent.

TERMS OF
EMPLOYMENT:
Twelve (12) Month Position

SALARY:
$119,000 - $135,000
In accordance with experience.

DEADLINE
FOR APPLYING:
January 8, 2008

HOW TO APPLY:
Please submit cover letter and résumé to the Human Resources Department.

APPLY TO:
Please submit written letter of interest, and current resume to the Human Resources Department no later than January 8, 2008. Candidates considered for interview will be asked to complete an application which includes:

Internet Application (www.trenton.k12.nj.us).
Copy of NJ certification.
Three current letters of reference.

| Open Date | 12/20/2007 |
| Closing Date | 01/08/2008 |

 Back

**PLEASE POST**                                                         **PLEASE POST**

**TRENTON BOARD OF EDUCATION**
**Human Resources Department**
**108 North Clinton Avenue**
**Trenton, NJ 08609**

*43*

**November 29, 2007**

<u>**POSTING # 305 – PLEASE PUT THIS NUMBER ON YOUR APPLICATION**</u>

<u>**RE-POSTING OF VACANCY**</u>

**POSITION:**          **ASSISTANT BUSINESS ADMINISTRATOR/COMPTROLLER**

**LOCATION:**          **Central Services Building**

**QUALIFICATIONS:**
1. New Jersey School Business Administrator or Certificate of Eligibility.
2. Bachelor's Degree in Accounting or related field, required.
3. Master's Degree in Business Administration preferred.
4. Five (5) years experience in Public School Finance, three (3) years in a supervisory capacity in a public school district.
5. Knowledge of Generally Accepted Accounting Principles (GAAP) procedures, other State and Federal accounting guidelines as they pertain to the operation of public school districts; and knowledge of the implementation of payroll, purchasing and accounts payable systems in public school districts.
6. Experience preparing for external audits.
7. CPA a plus.

**DUTIES:**
1. Directs the total operation of the Accounting Department including assisting with the interviewing and hiring of employees within the accounting, payroll, accounts payable, and purchasing departments.
2. Assures that the correct GAAP procedures are in place and utilized.
3. Supervises, delegates and evaluates the performance of employees within the departments.
4. Plans and directs the activities of accounting, payroll, accounts payable and purchasing departments.
5. Enforces compliance with Board of Education, State and Federal rules and regulations with respect to the financial and accounting group activities.
6. Assigns appropriate staff to maintain computerized record keeping system.
7. Plans, compiles and executes of the school district budget.
8. Reviews the budget with administrative staff for accuracy before it is finalized.
9. Assists in the execution of the enacted budget including administrative controls where required.

**(Over)**

PLEASE POST                                          PLEASE POST

**TRENTON BOARD OF EDUCATION**
**Department of Human Resources**
**108 North Clinton Avenue**
**Trenton, New Jersey 08609**

**November 21, 2007**

**POSTING #303--- PLEASE PUT THIS NUMBER ON YOUR APPLICATION**

**RE- POSTING OF VACANCY**

| | |
|---|---|
| **POSITION:** | **PRINCIPAL** |
| **LOCATION:** | **Hedgepeth/Williams School** |

**QUALIFICATIONS:**

1. Hold or be eligible for a valid New Jersey Principal's certificate.
2. A minimum of three (3) years experience in teaching, teacher leadership and/or administration.
3. Experience with curriculum development and implementation.
4. Identify and serve as a resource for instructional best practices.
5. Thorough knowledge of NJ CCCS.
6. Experience working in an urban setting, preferred.
7. Ability to speak Spanish, a plus.
8. Excellent verbal and oral communication skills.
9. Excellent interpersonal skills.
10. Proficient technology skills.

**DUTIES:**

1. Assumes responsibility for the implementation and observance of all board policies and administrative regulations for the school staff and students.
2. Provides educational leadership and maintains effective communication with staff members, central office personnel, parents, school community and students.
3. Provides educational leadership to effectively bring about an improvement in student achievement.
4. Works collaboratively, collegially and cooperatively with fellow principals and other district administrators.
5. Demonstrates and serve as a resource for instructional and best practices.

**(Over)**

**PLEASE POST**

**PLEASE POST**

**TRENTON BOARD OF EDUCATION**
**Human Resources Department**
**108 North Clinton Avenue**
**Trenton, New Jersey 08609**

**November 21, 2007**

**POSTING # 302 – PLEASE PUT THIS NUMBER ON YOUR APPLICATION**

**RE-POSTING OF VACANCY**

| | |
|---|---|
| **POSITION:** | **VICE PRINCIPAL** |
| **LOCATION:** | **Hedgepeth/Williams School** |

**QUALIFICATIONS:**
1. Hold or be eligible for a valid New Jersey Principal's certificate.
2. A minimum of four (4) years teaching experience or equivalent experience in teaching, leadership and/or administration.
3. Experience working in an urban setting, preferred.
4. Excellent verbal and oral communication skills.
5. Excellent interpersonal skills.
6. Proficient technology skills.

**DUTIES:**
1. Assists in the formal staff observation/evaluation process.
2. Assists in the development, implementation and evaluation of curriculum goals and objectives.
3. Coordinates the curriculum and staff development, program innovations, scheduling, and implementation of curriculum goals.
4. Works with the building principal to ensure a positive learning environment for all students.
5. Works with the building principal to ensure a positive school climate and culture.
6. Provides effective treatment to staff, students and parents for improved student achievement.
7. Monitors attendance and curriculum implementation of staff through PIP's objectives, evaluations, lesson plans, grade/roll books, and staff attendance records.
8. Develops the budget and orders supplies as directed by the principal.
9. Coordinates placement of students.
10. Assists with planning in-service programs/staff training.
11. Coordinates summer school program and extended day.
12. Establishes orientation program for new teachers.
13. Supervises non-certified staff.
14. Assigns substitutes to daily class coverage.
15. Communicates with guidance counselor as directed by the principal.

**(Over)**

(46)



RECEIVED
HUMAN RESOURCES

**TRENTON BOARD OF EDUCATION** 2008 JAN -2 P 2: 01

**Central Services Building**
**108 North Clinton Avenue**
**Trenton, New Jersey 08609-1014**

Patricia L. Lucas
Interim Assistant Superintendent
Human Resources
(609)656-5471 or 5459
(609)278-3081 (Fax)
plucas@trenton.k12.nj.us

Posting No. _3 27_

Date: _1/2/08_

Dear: _Alexander Nicolas_

Thank you for your application for the position of : _Division Assistant Superintendent_

Your application will be reviewed and evaluated to determine if your background is commensurate with needs, requirements and operating demands. Should your application be selected for further consideration, you will be contacted.

Again, we appreciate your interest in the Trenton Public School District.

_Deena Reichenbach_
Human Resource Representative

EQUAL EMPLOYMENT/AFFIRMATIVE ACTION EMPLOYER

Distribution:  White: Applicant        Yellow: With Application        Pink: File



# TRENTON PUBLIC SCHOOLS
### Central Services Building
### Human Resources Department
### 108 North Clinton Avenue
### Trenton, New Jersey 08609

Mrs. Patricia L. Lucas
*Assistant Superintendent/Human Resources*
(609) 656-5470 or 5459
(609) 278-3081 (FAX)
plucas@trenton.k12.nj.us

February 27, 2008

Alexander Nicolas
912 Parker Street
Langhorn, PA 19407

Dear Dr. Nicolas:

Thank you for applying for the position of Principal of Hedgepeth/Williams for the Trenton Board of Education.

While you possess many qualities, another candidate has been recommended.  Again, we thank you for applying and for interviewing with the Trenton Board of Education.

Sincerely,

Mrs. Patricia L. Lucas

PLL:rmg

c: Rodney Lofton, Superintendent

48

## TRENTON BOARD OF EDUCATION
### Central Services Building
### 108 North Clinton Avenue
### Trenton, New Jersey 08608

RECEIVED
HUMAN RESOURCES

2007 DEC -7 P 2: 22

John N. Fox
**Assistant Superintendent**
**Human Resources**
**(609) 656-5471**
**(609) 278-3081 (Fax)**
~~epfheen@trenton.k12.nj.us~~
J Fox

Posting No. _306, 312, 313_

Dear ~~Date:~~ Alexander Nicolas

~~Dear:~~ _____

Thank you for your application for the position of: _Super intendent for Cirriculum_
_Vice Principal for Kilmer_ Vice Princ.
for Rivera

Your application will be reviewed and evaluated to determine if your background
is commensurate with our current needs, requirements and operating demands.
Should your application be selected for further consideration, you will be contacted.

Again, we appreciate your interest in the Trenton Public School District.

_Lauren Rickenbach_
**Human Resource Representative**

## EQUAL OPPORTUNITY/AFFIRMATIVE ACTION EMPLOYER

**DISTRIBUTION:**   White: Applicant   Yellow: With Application   Pink: File

_(49)_

# TRENTON BOARD OF EDUCATION
### Central Services Building
**108 North Clinton Avenue**
**Trenton, New Jersey 08609**

**RECEIVED**
**HUMAN RESOURCES**

2001 DEC -3  P 2:42

John N. Fox
**Assistant Superintendent**
**Human Resources**
**(609) 656-5471**
**(609) 278-3081 (Fax)**
~~oxfbox~~@trenton.k12.nj.us
J Fox

Posting No. _302  '& 303_

Date:_____

Dear: _Dr. Alexander Nicholas_

Thank you for your application for the position of _V P of H/W & Principal HW_

Your application will be reviewed and evaluated to determine if your background
is commensurate with our current needs, requirements and operating demands.
Should your application be selected for further consideration, you will be contacted.

Again, we appreciate your interest in the Trenton Public School District.

**Human Resource Representative**

**EQUAL OPPORTUNITY/AFFIRMATIVE ACTION EMPLOYER**

**DISTRIBUTION:**   White: Applicant   Yellow: With Application   Pink: File

# Dr. Alexander Nicolas, Ph.D.
*912 Parker st, Langhnorne, PA 19407; Mobile (215)667-1062*

September 22, 2006

    I am writing in response to the posted vacancy of Principal.  I have completed my Ph.D. in Educational Administration and have a Master of Art in Education. I am also fluent in Spanish and English.

    As an administrator, I believe that children and staff can perform in a very successful manner if there is proper leadership. My goal is to improve students' performances and help teachers improve classroom instruction. I am a dedicated member of the Trenton's professional staff.  The current environment is full of change and I have taken full advantage of every opportunity to learn and improve my practice as an administrator.

    Understanding the educational field is very important.  My goal is to help students develop and implement an "educational platform" that will incorporate the school's belief about preferred aims, methods and climate creating a community of mind that will establish behavioral forms.

    A leader must have a vision and a purpose.  A school administrator not only needs to know the states laws that protect the security and well being of the Board of Education interest and student safety, but also needs to understand the programs that have been approved by the State Department of Education.

    I have enclosed a copy of my resume. I am looking forward to the opportunity to present my qualifications in person.

Sincerely yours

Alexander Nicolas, Ph.D.



**EDUCATION:**
*Pacific Western University*, Los Angeles California

1

### Dr. Alexander Nicolas
**912 Parker St, Langhorne, PA 19407; Mobile (267)528-2483**
**arrproductions2@netzero.com**



April 29, 2008

**Ms. Patrica Lucas, Interim**
**Assistant Superintendent**
**Human Resource Dept.**
**Trenton Public Schools**
**108 South Clinton**
**Trenton N. J. 08618**

Dear Ms. Lucas:

I am writing in response to the posted vacancy of Principal at Mott Elementary. I have completed my Master of Art in Education and have a Ph.D. in Educational Administration. I am also fluent in Spanish and English.

Students and staff can perform in a very successful manner if there is proper leadership. My goal is to improve students' performances and help teachers improve classroom instruction. I am a dedicated member of the Trenton's professional staff. The current environment is full of change and I have taken full advantage of every opportunity to learn and improve my practice as an administrator.

Understanding the educational field is very important. My goal is to help students develop and implement an "educational platform" that will incorporate the school's belief about preferred aims, methods and climate creating a community of mind that will establish behavioral forms.

A leader must have a vision and a purpose. A school administrator not only needs to know the state laws that protect the security and well being of the Board of Education interest and student safety, but also needs to understand the programs that have been approved by the State Department of Education. I have enclosed a copy of my resume. I am looking forward to the opportunity to present my qualifications in person.

Sincerely yours,

Alexander Nicolas, Ph.D.

1



**Dr. Alexander Nicolas**
*912 Parker St, Langhorne, PA 19407; Mobile (267)528-2483*
*arrproductions2@netzero.com*

April 3, 2008

**Ms. Patrica Lucas, Interim**
**Assistant Superintendent**
**Human Resource Dept.**
**Trenton Public Schools**
**108 South Clinton**
**Trenton N. J. 08618**

Dear Ms. Lucas:

I am writing in response to the posted vacancy of DIRECTOR FOR SECONDARY CURRICULUM CONTENT. I have completed my Master of Art in Education and have a Ph.D. in Educational Administration. I am also fluent in Spanish and English.

Students and staff can perform in a very successful manner if there is proper leadership. My goal is to improve students' performances and help teachers improve classroom instruction. I am a dedicated member of the Trenton's professional staff. The current environment is full of change and I have taken full advantage of every opportunity to learn and improve my practice as an administrator.

Understanding the educational field is very important. My goal is to help students develop and implement an "educational platform" that will incorporate the school's belief about preferred aims, methods and climate creating a community of mind that will establish behavioral forms.

A leader must have a vision and a purpose. A school administrator not only needs to know the state laws that protect the security and well being of the Board of Education interest and student safety, but also needs to understand the programs that have been approved by the State Department of Education. I have enclosed a copy of my resume. I am looking forward to the opportunity to present my qualifications in person.

Sincerely yours,

Alexander Nicolas, Ph.D.

1

*52*



### U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
### Newark Area Office

1 Newark Center, 21ˢᵗ Floor
Newark, NJ  07102-5233
Intake Information Group:  (800) 669-4000
Intake Information Group TTY:  (800) 669-6820
Newark Status Line:  (866) 408-8075
Newark Direct Dial:  (973) 645-4684
TTY (973) 645-3004
FAX (973) 645-4524

Re:     EEOC Charge No.:  530-2008-04019

Alexander S. Nicolas
912 Parker Street
Langhorne, PA 19047

Dear Mr. Nicolas:

The Equal Employment Opportunity Commission (hereinafter referred to as the "Commission"), has reviewed the above-referenced charge according to our charge prioritization procedures. These procedures, which are based on a reallocation of the Commission's staff resources, apply to all open charges in our inventory and call for us to focus our limited resources on those cases that are most likely to result in findings of violations of the laws we enforce.

In accordance with these procedures, we have examined your charge based upon the information and evidence you submitted.  You allege you were denied promotion because of your *sex and national origin.*

Respondent's position statement has been previously shared with you. Your rebuttal to this position statement has also been received and analyzed.

Based upon this analysis the Commission is unable to conclude that the information establishes a violation of federal law on the part of Respondent.  This does not certify that Respondent is in compliance with the statutes.  No finding is made as to any other issue that might be construed as having been raised by this charge.

The Commission's processing of this charge has been concluded. Included with this letter is your Notice of Dismissal and Right to Sue.  Following this dismissal, you may only pursue this matter by filing suit against the Respondent named in the charge with 90 days of receipt of said notice. Otherwise, your right to sue will be lost.  Please contact Investigator Rosemary Tapia at (973) 645-6638 if you have any questions.

Sincerely,

NOV 2 3 2009
Date

Corrado Gigante
Area Director

EEOC Form 161 (2/08)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To:  **Alexander S. Nicolas**
     **912 Parker Street**
     **Langhorne, PA 19047**

From:  **Newark Area Office**
       **1 Newark Center**
       **21st Floor**
       **Newark, NJ 07102**

|  | On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a)) |

| EEOC Charge No. | EEOC Representative | Telephone No. |
| --- | --- | --- |
| **530-2008-04019** | **Amparo Soto,** **Enforcement Supervisor** | **(973) 645-6021** |

## THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

|  | The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC. |
| --- | --- |
|  | Your allegations did not involve a disability as defined by the Americans With Disabilities Act. |
|  | The Respondent employs less than the required number of employees or is not otherwise covered by the statutes. |
|  | Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge |
| X | The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge. |
|  | The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge. |
|  | Other (briefly state) |

## - NOTICE OF SUIT RIGHTS -

*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you.  You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt **of this notice**; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

**Corrado Gigante,**
**Director**

NOV 2 3 2009
*(Date Mailed)*

Enclosures(s)

cc:
     **Sharon D. Larmore, Esq**
     **Legal Counsel**
     **108 North Clinton Street**
     **Trenton, NJ 08609**

Enclosure with EEOC
Form 161 (2/08)

# INFORMATION RELATED TO FILING SUIT
# UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS    --    Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA),**
**or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within
90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-
day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to
consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell
him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely
manner, it is prudent that your suit be filed **within 90 days of the date this Notice was** *mailed* **to you** (as
indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate
State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide
after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short
statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter
alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in
the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some
cases can be brought where relevant employment records are kept, where the employment would have been, or
where the respondent has its main office. If you have simple questions, you usually can get answers from the
office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or
make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS    --    Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back
pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For
example, if you were underpaid under the EPA for work performed from 7/1/00 to 12/1/00, you should file suit
before 7/1/02 -- *not* 12/1/02 -- in order to recover unpaid wages due for July 2000. This time limit for filing an EPA
suit is separate from the 90-day filing period under Title VII, the ADA or the ADEA referred to above. Therefore, if
you also plan to sue under Title VII, the ADA or the ADEA, in addition to suing on the EPA claim, suit must be filed
within 90 days of this Notice *and* within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION    --    Title VII and the ADA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction
in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be
made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your
efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above,
because such requests do not relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE    --    All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any
questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to
inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide
your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files
are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge
file, **please make your review request within 6 months** of this Notice. (Before filing suit, any request should be
made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

# FACTS ABOUT FILING
## AN EMPLOYMENT DISCRIMINATION SUIT
## IN FEDERAL COURT IN NEW JERSEY

You have received a document which is the final determination or other final action of the Commission. This ends our handling of your charge. The Commission's action is effective upon receipt. Now, you must decide whether you want to file a private lawsuit in court. This fact sheet answers several commonly asked questions about filing a private lawsuit.

## WHERE SHOULD I FILE MY LAWSUIT?

Federal District Courts have strict rules concerning where you may file a suit. You may file a lawsuit against the respondent (employer, union or employment agency) named in your charge. The appropriate court is the district court which covers either the county where the respondent is located or the county where the alleged act of discrimination occurred. New Jersey has three federal districts:

The **United States District Courts for the District of New Jersey** are located at:

Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Room 4015
Newark, New Jersey 07101
(973) 645-3730

Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Room 2020
Trenton, New Jersey 08608
(609) 989-2065

Mitchell H.Cohen Building & U.S. Courthouse
Fourth & Coopers Streets, Room 1050
Camden, New Jersey 08101
(609) 757- 5021

## WHEN MUST I FILE MY LAWSUIT?

Your private lawsuit **must** be filed in U.S. District Court within **90 days** of the date you receive the enclosed final action. Once this 90 day period is over, unless you have filed suit, you will have lost your right to sue.

## DO I NEED A LAWYER?

No, you do not need a lawyer to file a private suit. You may file a complaint in federal court without a lawyer which is called a *pro se* complaint. Every district court has either a clerk or staff attorney who can assist you in filing *pro se*. To find out how to file a *pro se* complaint, contact the clerk of the court having jurisdiction over your case who can advise you of the appropriate person to assist you and of the procedures to follow, which may vary from district to district.

**TRENTON PUBLIC SCHOOLS**
*Central Services Building*
*Human Resources Department*
**108 North Clinton Avenue**
**Trenton, New Jersey 08609**



Patricia L. Lucas
*Interim Assistant Superintendent for Human Resources*
(609) 656-5470
(609) 278-3081 (FAX)
plucas@trenton.k12.nj.us

**CORRECTED LETTER**

April 2, 2008

Nicolas Alexander
4 Sanhican
Trenton, NJ 08618

Dear Mr. Alexander:

The purpose of this letter is to advise you that a recommendation to abolish eleven generic Teacher Leader positions in the district will be offered for Board approval at the April Board meeting. The creation of **four** very specific positions will be recommended at that meeting:

- Teacher Leader of **School** Operations
- Teacher Leader of **Professional Development**
- Teacher Leader of Small Learning Communities
- Counselor Leader of Guidance, Testing, Attendance and Scheduling

We are now in the process of determining if anyone currently in a Teacher Leader position will have rights to the newly created positions. This determination will be reached as a result of careful review of the job qualifications and seniority status of current holders of Teacher Leader positions. Until such determination is made, Teacher Leaders will be assigned in accordance with their instructional certification and tenure/seniority status. Every effort will be made to keep you informed.

Feel free to contact me should you have any questions. Thank you.

Sincerely,

Patricia L. Lucas

Patricia L. Lucas
Interim Assistant Superintendent
Human Resources

/bjp

c:  Jame Earle, Principal
    Hope Witter, Principal
    Brenda Torrence, Vice Principal
    Thomas Moore, President, TEA
    Personnel File

# TRENTON PUBLIC SCHOOLS
### *Central Services Building*
### *Human Resources Department*
### **108 North Clinton Avenue**
### **Trenton, New Jersey 08609**



**Patricia L. Lucas**
*Interim Assistant Superintendent Human Resources*
(609) 656-5471     (609) 278-7050 (FAX)
plucas@trenton.k12.nj.us

May 1, 2008

Dr. Alexander Nicolas
4 Sanhican
Trenton NJ, 08618

Dear Dr. Nicolas:

At the meeting of the Board of Education held on Monday, April 28, 2008, the Board of Education approved the Superintendent's recommendation that you be reassigned for the 2008-2009 school year as indicated below:

| From | To |
|------|-----|
| Teacher Leader | Spanish Teacher |
| Daylight/Twilight | Daylight Twilight |

Should you have any questions and/or problems relative to your reassignment, please feel free to contact my office.

Sincerely,

Patricia L. Lucas
Interim Assistant Superintendent
Human Resources

PLL:jt

Distribution

____ Thomas Moore, TEA
____ Ronald Edwards, Principal
____ Personnel File

# TRENTON PUBLIC SCHOOLS
### *Central Services Building*
### *Human Resources Department*
### 108 North Clinton Avenue
### Trenton, New Jersey 08609



Mrs. Patricia L. Lucas
*Assistant Superintendent/Human Resources*
(609) 656-5470 or 5459
(609) 278-3081 (FAX)
plucas@trenton.k12.nj.us

February 27, 2008

Alexander Nicolas
912 Parker Street
Langhorn, PA 19407

Dear Dr. Nicolas:

Thank you for applying for the position of Principal of Hedgepeth/Williams for the Trenton Board of Education.

While you possess many qualities, another candidate has been recommended. Again, we thank you for applying and for interviewing with the Trenton Board of Education.

Sincerely,

Mrs. Patricia L. Lucas

PLL:rmg

c: Rodney Lofton, Superintendent

59

# TRENTON PUBLIC SCHOOLS
### *Central Services Building*
### *Human Resources Department*
### **108 North Clinton Avenue**
### **Trenton, New Jersey 08609**



**Mrs. Patricia L. Lucas**
*Assistant Superintendent/Human Resources*
**(609) 656-5470 or 5459**
**(609) 278-3081 (FAX)**
**plucas@trenton.k12.nj.us**

May 16, 2008

Dr. Alexander Nicolas
912 Parker Street
Langhorne, PA 19407

Dear Dr. Nicolas:

Thank you for applying for the position of Director for Secondary Curriculum Content for the Trenton Board of Education.

While you possess many qualities, another candidate has been recommended.  Again, we thank you for applying and for interviewing with the Trenton Board of Education.

Sincerely,

Mr. Bruce D. Williams

PLL:rmg

# TRENTON BOARD OF EDUCATION
# TEACHER OBSERVATION/EVALUATION

## PRE-OBSERVATION FORM

**TEACHER NAME:** Dr. Alexander Nicolas
Teacher Leader

**PRINCIPAL:** Dr. Simpson (Evaluator)

**GRADE/SUBJECT:** _____

**SCHOOL:** Daylight/Twilight/YouthBuild Campus

**TOPICS O F DISCUSSION:** Identify and briefly provide details of topics discussed, i.e. teaching, and learning, student work, student engagement, teaching strategies, etc.

Dr. Nicolas created a positive school culture by maintaining discipline in the building. His role as the Teacher Leader has been to: (1) ensure the safety of staff and students, and (2) create an environment conducive to learning. As the Teacher Leader and Disciplinarian, it is my duty to enforce the school discipline.

Dr. Nicolas understands that staff can perform in a very successful manner if there is proper training and ~upervision. Dr. Nicolas implemented the method of Constructive supervision as he addresses the needs of the ⌐udents by working with novices and experienced staff.  This year he has been involve with students scheduling, discipline, curriculum, and have perform all the duties of a building administrator.

_William J. Simpson_
**PRINCIPAL SIGNATURE**

_4/30/08_
**DATE**

_____
**TEACHER SIGNATURE**

_____
**DATE**

October 3, 2005

# TRENTON BOARD OF EDUCATION
# TEACHER OBSERVATION/EVALUATION

## POST-OBSERVATION FORM

**TEACHER NAME:** Dr. Alexander Nicolas

**PRINCIPAL:** Dr. Simpson (Evaluator)

**GRADE/SUBJECT:** Teacher Leader

**SCHOOL:** Daylight/Twilight/YouthBuild Campus

### Briefly discuss the items that are reviewed during the post-observation.

The importance of maintaining control in the building by avoiding disruptions during academic hours and ensure school safety.   Dr. Nicolas expressed the importance of how it is crucial to cultivate a positive and safe environment for the teachers as well as for the students.  He expressed the importance of Teamwork and understands that is required for students' success. Teachers are aware that they should not leave there classes unattended.

October 3, 2005

PRINCIPAL SIGNATURE                                          DATE

_____                           _____
TEACHER SIGNATURE                                          DATE

# TRENTON BOARD OF EDUCATION

## FORMATIVE TEACHER EVALUATION

| TEACHER NAME: Dr. Alexander Nicolas | SCHOOL/DEPT.: Daylight/Twilight YouthBuild Campus |
|---|---|
| GRADE/SUBJECT:  N/A | # OF STUDENTS: Small Learning community of 60 students |
| LESSON: N/A | |
| DATE:    4/30/08 TIME: | ☐X  ANNOUNCED          ☐ UNANNOUNCED |
| PRINCIPAL: Dr. Simpson (Evaluator) | OBSERVER: Dr. Simpson |

## DOMAIN 1: PLANNING & PREPARATION

| COMPONENT | UNSATISFACTORY | BASIC | PROFICIENT | DISTINGUISHED |
|---|---|---|---|---|
| Observed Performance | | | x | |
| 1(a) Demonstrates knowledge of content and pedagogy (EL-12) (E-2.1-2.2) | Teacher lacks understanding of the subject, structure of the discipline or of the content-related pedagogy as evidenced by content misconceptions and uncorrected errors. | Teacher has a marginal understanding of the subject, structure of the discipline, or of the content-related pedagogy as evidenced by a limited ability to respond to student questions. | Teacher demonstrates solid understanding of the subject, structure of the discipline and of the content-related pedagogy as evidenced by the ability to make relevant connections within and across disciplines. | Teacher demonstrates an extensive understanding of the subject, structure of the discipline and of the content-related pedagogy as evidenced by the students' ability to make relevant connections within and across disciplines. |
| OBSERVED TEACHER PRACTICE | | | | |

| | |
|---|---|
| Dr. Nicolas showed evidence of great preparation as he runs a day to day operation. | |

| COMPONENT | UNSATISFACTORY | BASIC | PROFICIENT | DISTINGUISHED |
|---|---|---|---|---|
| Observed Performance | | | | X |
| 1(b) Design coherent instruction (EL-12) (E-2.1-2.2) | The instructional design does not support the stated objective(s), nor is it clear how students will be engaged in meaningful learning. Developmentally appropriate materials and resources are not identified. | The instructional design marginally supports the stated objective(s) and somewhat engages students in meaningful learning. | The instructional design clearly supports the stated objective(s) and is differentiated to address the needs of all students. | The instructional design clearly supports the stated objective(s) and is differentiated to address the needs of all students. Students participate in their development, where applicable. |

October 3, 2005

|  |  | Developmentall y appropriate materials and resources are selected, but not utilized effectively. |  |  |
|---|---|---|---|---|
| **OBSERVED TEACHER PRACTICE** |  |  |  |  |

Due to the partnership that YouthBuild Isles  has with the Board of Education Dr. Nicolas emphasizes  important to be in compliance with the state Dept. of Education.

| COMPONENT | UNSATISFACTORY | BASIC | PROFICIENT | DISTINGUISHED |
|---|---|---|---|---|
| Observed Performance |  |  |  | X |
| 1(c) Selecting instructional activities (EL-12) | Teacher's objective is unclear, irrelevant, and not developmentally appropriate, does not permit one or more methods of assessment, and/or is not aligned to the NJCCCS. | Teacher's objective is clear, aligned to the NJCCCS, developmentally appropriate and permits one or more methods of assessment. | Teacher's objective is clear, aligned to the NJCCCS, developmentally appropriate and permits one or more methods of assessment | Teacher's objective reflects high-level learning (Bloom's Taxonomy), is aligned to the NJCCCS, permits one or more assessment and takes into account the varying learning needs of students. |
| **OBSERVED TEACHER PRACTICE** |  |  |  |  |

| COMPONENT | UNSATISFACTORY | BASIC | PROFICIENT | DISTINGUISHED |
|---|---|---|---|---|
| Observed Performance |  |  |  | X |
| 1(d) Assessing student learning. (EL-12) (E-2.1-2.2) | Teacher's plan to assess student learning contains no clear criteria or standards and does not measure the learning outcomes described in the instructional objectives. Teacher has no plans to use assessment results in designing future instruction. | Teacher's plan for student assessment includes criteria and standards that are not entirely clear and/or understood by students, but partially measures the learning outcomes described in the instructional objectives. Teacher uses the assessment to plan for future instruction for the class as a whole. | Teacher's plan for student assessment includes clear assessment criteria and standards that have been communicated to students, and effectively measure the learning outcomes described in the instructional objectives. Teacher uses the assessment to plan for groups of students and individuals. | Teacher's plan for student assessment includes clear assessment criteria and standards that are not only understood by students but also show evidence of student participation in their development.  Students use the assessment to monitor their own progress in achieving the learning outcomes. |
| **OBSERVED TEACHER PRACTICE** |  |  |  |  |

October 3, 2005

OBSERVER SIGNATURE _William J. Simpson_____ DATE _4/30/08_

# DOMAIN III: INSTRUCTION

| COMPONENT | UNSATISFACTORY | BASIC | PROFICIENT | DISTINGUISHED |
|---|---|---|---|---|
| Observed Performance | | | | X |
| 3(a) Communicating clearly and accurately.<br><br>(EL-6; EL-12)<br>(E-2.1-2.2) | Teacher's oral and written communication is lacking standard English and/or contains errors.  Language is inappropriate and directions are not clear. | Teacher's oral and written communication conforms with standard English and contains no errors. Language may not be completely appropriate and may require further explanations to avoid confusion. | Teacher communicates clearly and accurately using standard English. Language is appropriate, directions are clear and information is accurately conveyed. | The teacher's oral and written communication is clear and accurate. The teacher anticipates possible student misconceptions and serves as a positive model as evidenced by clear, appropriate and accurate student communication. |
| OBSERVED TEACHER PRACTICE | | | | |
| The teacher's diction  and use of standard English are distinguished. | | | | |

| COMPONENT | UNSATISFACTORY | BASIC | PROFICIENT | DISTINGUISHED |
|---|---|---|---|---|
| Observed Performance | | | | X |
| 3(b) Using questioning and discussion techniques.<br><br>(EL-6;EL-12)<br>(E-2.1-2.2) | Teacher makes poor use of questioning and discussion techniques as indicated by low-level questions, limited student participation and little discussion. Qu3estions do not promote students' understanding of content matter. | Teacher's use of questioning and discussion techniques is uneven with some high level questions and moderate student participation. Some of the questioning does not promote students' understanding of content matter. | Teacher's use of questioning and discussion techniques reflects high level questions, discussion and broad participation. Questioning promotes students' understanding of content matter. | From the teacher's appropriate use of high level questioning and discussion techniques, the students formulate many of the high level questions and facilitate the active participation of other students in the discussion. |
| OBSERVED TEACHER PRACTICE | | | | |

| COMPONENT | UNSATISFACTORY | BASIC | PROFICIENT | DISTINGUISHED |
|---|---|---|---|---|
| Observed Performance | | | | X |
| 3(c) Engaging students in learning.<br>(EL-6; EL-12)<br>(E-2.1-2.2) | Students are not engaged in significant learning as a result of misinformation, inappropriate activities, materials, poor presentation of content or lack of lesson structure. | Students are partially engaged in significant learning due to uneven structure or pacing, inconsistent representation of content, activities or use of materials. | Students are engaged throughout the lesson in significant learning. The structure and pacing of the lesson allow for student understanding, reflection and closure. Learning is facilitated through the use of appropriate instructional | Students are highly engaged in the learning process and make significant contributions to the content of the lesson, activities and materials. |

| | | | strategies and materials. |
|---|---|---|---|

| COMPONENT | UNSATISFACTORY | BASIC | PROFICIENT | DISTINGUISHED |
|---|---|---|---|---|
| Observed Performance | | | | |
| 3(d) Providing feedback to students. (EL-12) (E-2.1-2.2) | Teacher's verbal and/or written feedback to students is of poor quality and is not given in a timely manner. | Teacher's verbal and/or written feedback to students is uneven and its timeliness and/or accuracy is inconsistent. | Teacher's verbal and/or written feedback to students is accurate, substantive, constructive, specific and timely. | Teacher's verbal and/or written feedback to students is accurate, substantive, constructive, specific and timely.  Students make use of feedback from teacher and peers (if applicable) in their learning. |
| OBSERVED TEACHER PRACTICE | | | | |

Her level of involvement and the students' high interest level are clear indications that the students are reacting well to her feedbacks.

| COMPONENT | UNSATISFACTORY | BASIC | PROFICIENT | DISTINGUISHED |
|---|---|---|---|---|
| Observed Performance | | | | X |
| 3(e) Demonstrating flexibility and responsiveness. (EL-15) (E-2.1-2.2) | Teacher adheres to the instruction in spite of evidence of poor student understanding or of students' lack of interest and fail to respond to students' questions; teacher assumes no responsibility for students' failure to understand. | Teacher demonstrates moderate flexibility and responsiveness to students' needs and interests during a lesson, and seeks to ensure the success of all students. | Teacher seeks ways to ensure successful learning for all students, monitoring and adjusting instructional plans as needed and responding to students' interests and questions. | Teacher is highly responsive to students' interests and questions, making major lesson adjustments if necessary and persists in supporting the success of all students. |
| OBSERVED TEACHER PRACTICE | | | | |

OBSERVER SIGNATURE _Nathan J Sisson_  DATE _4/30/08_

October 3, 2005

*DAYLIGHT/TWILIGHT HIGH SCHOOL*

**YouthBuild Institute**

**34 Tucker Street**
**TRENTON, NEW JERSEY 08611**
**(609) 656-3789**
**FAX (609) 656-3791**

**William Tracy**
**Principal**

**Bart La Grassa**
**Vice Principal**

# MEMO

TO:      Dr. Simpson (Evaluator)

FROM:   Dr. Alexander Nicolas, Teacher Leader

DATE:   April 29, 2008

RE:      School Daily Operation

To provide an authentic education, students must be immersed in an environment where they experience the connectedness between their home, school, and the community at large. This collaborative environment has the greatest impact on a student's learning performance, self esteem and persistence.  Realizing that the primary purpose of education is to prepare students to become responsible adults.   The Daylight/Twilight YouthBuild campus is a small community of 80 students.    YouthBuild Isles  works in a partnership with the board of education.  This current year we have seventeen prospective graduates, the number can increased. The purpose is to increase the numbers of graduate for the 2008-2009 school year.  Working with a vision is very important, that is why I submitted a proposal for a summer program students and a professional development program for staff. The goal is to offer a

WE ARE ALL ABOUT CHILDREN

# *DAYLIGHT/TWILIGHT HIGH SCHOOL*

## *YouthBuild Institute*
### 34 Tucker Street
### TRENTON, NEW JERSEY 08611
### (609) 656-3789
### FAX (609) 656-3791

**William Tracy**
**Principal**

**Bart La Grassa**
**Vice Principal**

Recovery Summer program. This will allow failing students to earn credits during the summer an not fall too behind.

The Summer Professional Development program for staff will help our staff with new insights. Students feel a connection between who they are as individuals and their classroom learning, they are more apt to take ownership and responsibility for their education. This year, I had the opportunity to supervise this small learning community. I believe that  we need to equip our teachers with new information and proper training. This year I had the experience of having no books for students and no supplies for our staff. The current situation allowed to me to help address the curriculum and help the current staff with ideas for classroom instruction.    Additionally this school year we experience the situation of working without a complete staff, this allowed me to work with student scheduling and attendance.   I also had the experience to meet with parents and make sound decisions.

WE ARE ALL ABOUT CHILDREN

**Dr. Alexander Nicolas**
*912 Parker St, Langhorne, PA 19407; Mobile (267)528-2483*
*arrproductions2@netzero.com*



# MEMO

TO:     Mrs. Patricia Lucas

FROM:   Dr. Alexander Nicolas

DATE:   August 19, 2009
RE:     Medical Leave

    In an effort to maintain the district informed of my absence during the 2008-2009 school year I submitted doctor's notes during the school year. Please be advised that my medical condition was due to work assignment and working environment.  No incident was reported to the school nurse or medical personnel due to the lack of a nurse or medical personnel at my small learning community which was Isles YouthBuild Institute located on 34 Tucker st, Trenton N. J. 08618.

Cc: Mr. Joe Santo, TEA President
School Board
Mr. Rodney Lofton, Superintendent of Schools

1

70

## EXCUSE SLIP

**DR. DAVID J. MILLER**
201 Woolston Drive, Ste. 1E
Morrisville, PA 19067

Telephone: (215) 736-2508

Date _8-18-09_

Please Excuse _Alexander Nicholas_

FROM: ☑ Work    ☐ School    ☐ P.E.
☐ Other_____

DUE TO: ☐ Injury    ☐ Illness
☐ Other _light duty_

From _8-24-09_ to _9-24-09_

Thank You

_David J. Miller DO_



# MEMO

TO:     Mercer County Superior Court

FROM:     Dr. Alexander Nicolas, Teacher Leader

DATE:     February 10, 2010

RE:     **Work and Stress**

My job performance comes with a trail of credentials, licenses, and references. During the 2007-2008 I was sent as a Teacher Leader to run an alternative Small Learning Community of one hundred students. This alternative high school was composed of three Trenton Board of Educator staff, and four non-staff. However, the student at this alternative school required a full staff for the efficient functioning of the school. This Small Learning Community was Daylight/Twilight YouthBuild campus, located on 34 Tucker st, Trenton NJ. 08618. The reality is that this Small Learning community was in the need of a School Principal and not a Teacher Leader. A Teacher Leader is powerless; there are some sound decisions that must be made to restructure the school operation at this Small Learning Community. Further more, the administration at central office needed to review the staff placement and current positions. Due to the harmful physical and emotional response of this job, which was to run this small alternative high school. The demands, capabilities, resources, or needs of additional workers were requested on several occasions.



As the Teacher Leader for this small learning community,  I was working long hours which was from 7:00 A. M. until 4:00 and it vary depending on the day and the problems that I encounter during the day. There were several occasions that I had to work from 7:00 A. M. to 8:00 P. M. Additionally, I was doing several different jobs. I was the school security, guidance counselor, nurse, medical personnel, attendance officer, disciplinary, secretary, social worker, substitute teacher, Para-professional teacher, and principal. Due to the overload of work, daily meetings, verbal confrontations with teachers, students, and employees, long hours, and  meetings I develop serious medical conditions which include:  psychological distress, mood disturbance, a sleeping disorder, upset stomach, headache, muscular disorders, psychological disorders, anxiety, fatigue, tension, maladaptive behaviors, emotional strain, Muscular and Joint Pain, Sleep Disturbances, Memory lost, Concentration, Skin Disorders, Depression, A fast heart rate, Chest pain,   Rapid, shallow breathing, Increased muscle tension, high blood pressure, Onset diabetes due to emotional distress, Hyperlipidemia and Myriad of physical symptoms. The severe medical conditions drove me to be hospitalized for the time since I was born and twice during the same school year.

73

# List of events:

In the beginning of the school year I made my supervisor Mr. Bill Tracy, main principal of the Daylight/Twilight high schools that I was in daily confrontations with program director Mrs. Wendy Kelly and Ms. Clete Davis overseers for the YouthBuild after school program.   The daily confrontation was trigger by the violation of school policies and procedures by these overseers. The confrontation included arguments and meetings with my supervisor and long phone conversations. In an effort to protect the interest of the Board of Education I was left with no other option but to work long hours and provide my Principal, Vice- Principal, Superintendent, and other superintendents at central office.

1.) My first encounter was in the second week of the month of September after the school year started. My encounter and discussion was with Mrs. Wendy Kelly regarding teacher's schedule. This entails teacher's arrival, lunch, and departure. During these meetings was one hour long and it lasted three days. My supervisor had to get evolve on the phone. I spend one hour on the phone with him. Additionally, Mrs. Wendy Kelly spend one hour with him on the phone. However, I expressed to my supervisor that as a Teacher Leader I was powerless and I need some type of administrative coverage to make decisions and that the program director Wendy Kelly and after school program manager Ms. Clete Davis where not Trenton Board of Education employee' and didn't have administrative certification in state of New Jersey to run a academic school. However, they where qualified to run the YouthBuild campus after school program. The daily confrontation began after the first week of school. After two months of dealing with the schedule on September 29 and November 26, 2007, I was left with other option but to write a memo so that the main principal could address teacher's facilities and teachers schedule due to the poor working conditions the teachers and I encounter. (Exhibit on page 29 & 33).

2.) During the month of September I was feeling very overwhelm having to discuss about discipline procedures, classroom management, curriculum, trip procedures, scheduling, IEP meetings, teachers supplies, teachers books, daily meetings with all hundred students in the morning, teachers contract violations, parents, students, and constant discussions and threats by YouthBuild management. On September 29, 2009 (Exhibit on page 1). a memo was written to the superintendent and the board members certify mail return receipt. _Additionally, I had a meeting in the evening with superintendent._ The letter was the alternative use to let my principal know that I was powerless and that I facing a hotline environment due to the fact that I could not make any decisions.

3.) On October 11, 2007 (Exhibit page 3), due to a discrepancy with attendance and discussion with YouthBuild management I had to generate a memo.

4.) On October 4, 2007 (Exhibit page 4) due encounter and discussion with YouthBuild staff, I had to generate a memorandum and spend twenty minutes on the phone with Mr. Williams Winters who is the register for the all of the alternative schools. His office was located in the main campus.

5.) According to program director I had to write a report on a NSI (workshop that I attended) that I attended for the YouthBuild program. Keep in the mind that it was an overnight stay which the school board did not pay me for extra hours worked. The memo was generated due to a discussion that I had with Mrs. Wendy Kelly. The letter was also sent to my Principal. According to my Job description this report was unnecessary because it didn't pertain to my responsibility with the board of education. The excessive writing made me spend between one half hour two hours sitting at the computer writing and putting thoughts together. (Exhibit on page 5 & 6).

6.) On November 1, 2007 I to resolve a confrontation between student Alex pullen and this teacher Mrs. Sandra Bussy. I had to calm student from being violent. Additionally, I requested any witness to provide me with information. (Exibith on page 8). After confrontation with Mrs. Wendy Kelly concerning school copier a email was sent to Mr. Bill Tracy main principal and response was received. (Exhibit on page 9).

7.) On November 1, 2007 had a confrontation with Math teacher Mrs. Sandra Bussy and a memo was generated? (Exhibit on page 10-13)

8.) On November 1, 2007 another incident in the classroom with Math teacher, due to the fact that I didn't have any security guard, I had to intervene between the student and the teacher. The student was becoming disrespectful and out of control. (Memo was generated exhibit on page 14)

9.) Due to the lack of a secretary and disciplinarian I spend one hour on the phone with the parent of Justin Brown. Additionally, I had to write a memo and set-up a parent conference. (Exhibit on page 15)

10.)     On November 5, 2007 after a confrontation with YouthBuild management a memo was generated, exhibit on page 16)

11.)     On November 6, 2007 the event supports the daily pressure set by YouthBuild management I encounter a discussion with Mrs. Wendy Kelly

program director regarding volunteer help during academic hours. In other for her and the YouthBuild staff follow procedure a memo was generated and sent to my supervisor Mr. Bill Tracy. (Exhibit on page 18)

12.)     On November 7, 2007 I had to refrained student from being violent with teacher. I didn't have any security personnel that could help me.  (Exhibit on page 20)

13.)     In other to set order and school guidelines a memo was created after confrontation with YouthBuild management. (Exhibit on page 21)

14.)     A one hour meeting with student, teacher, and YouthBuild management. After school hours a email was sent to Mr. Bill Tracy school principal (Exhibit on page 22)

15.)     On September 19, 2007 I had to confront a student who was out of control in the Math class. Due to the lack of personnel I had to break up the confrontational situation between the teacher and the student. (Exhibit on page 23 & 24)

16.)     On November 26, 2007 I had to prevent student from entering the school building. Due to the lack of a security, disciplinarian, and support staff.  I had to confront the three students and threaten to call the police. I spend two hours dealing with the current situation. (Exhibit on page 27-31)

17.)     Due to the daily confrontations with YouthBuild management and the poor working conditions a memo was sent to main principal, after memo an hour phone conversation done to try to resolve the problem. (Exhibit on page 29)

18.)     On November 20, 2007 Mr. Bill Tracy sent letter to YouthBuild management due to the daily stressful working environment and confrontations with the YouthBuild management Wendy Kelly and Clete Davis. This memo created a worse situation. YouthBuild management created diversity among student and for two weeks I encounter many confrontation with students. I was force to change students schedule to create an orderly and safe environment.  I didn't have a disciplinarian or security guard to help me create an orderly school climate. During those two weeks my supervisor visited my location for one hour talking with YourthBuild management so the teachers could have access to the computers and phones. Additionally, he also requested that any support staff that was helping should be giving Dr. Nicolas the same support. (Exhibit on page 32 & 33)

19.)     On November 29, 2007 due to the multiple of serious problems that I encounter after three months of dealing with  the stressful situation and not getting any immediate result I wrote a memo to the superintendent requesting some help. (Exhibit on page 34 & 35)

20.)     Due to the lack of a guidance counselor I had to schedule every student. I had to spend several hours for two week sitting meeting with students dealing with discipline problems ect. And fulfilling other responsibilities. The academic day was not enough for me to complete all my main responsibilities and do daily reports. (Exhibit on page pg 36)



21.)     On November 30. 2007 there was a fight between YouthBuild and a student. I was not there but I had to write a report to my main principal Mr. Bill Tracy. (Exhibit on page 39)

22.)     November I had a meeting and confrontation with YoubthBuild staff corning opening of the building, heating system, and students having trip without district notification for permission. (Exhibit on page. 40)

23.)     On November 19, 2007 I had a confrontation with YouthBuid management program director Wendy Kelly about scheduling speakers and classroom observation without district authorization. (Exhibit on page. 42)

24.)     <u>On December 4, 2007 I had to intervene in a confrontation with student Bessie Williams and Math teacher I had to physically refrained teacher. (Exhibit on pages 46 & 47)</u>

25.)     On December I had a confrontation with Math Teacher she refused to accept student back in her class. I could not take any disciplinarian actions against the teacher due to the fact that I was a Teacher Leader. The confrontation with the teacher lasted for twenty minutes. Additionally, the teacher was discussing with student. (Exhibit on page 48)

26.)     Due to a confrontation with YouthBuild staff regarding report cards I memo and an I had to drive to main campus to resolve the problem after regular school hours. (Exhibit on page 50-52)

27.)     Due to a lack of a guidance counselor I had to help with scheduling student for On-Line classes. (Exhibit on page 53 & 76)

28.)     On December 12, 2007 I had a confrontation with YouthBuild management regarding online classes. (Exhibit on page 55)

29.)     Due to several confrontations and discussion with YouthBuild management regarding district procedures Principal and Assistance superintendent send requested trip form to my attention. (Exhibit on page 57)

30.)     Due to the lack of supplies and educational textbooks a memo was sent to Assistant superintendent to the superintendent Mrs. Kathleen Smallwood. Due to the daily confrontation and support requested for additional personal Mrs. Kathleen Smallwood visit the school and requested an inventory on books and other supplies needed. (Exhibit on page 59 -65) Additionally, Mrs. Valerie Butler visited the school and saw the need of additional personnel. (Exhibit on page 55)

31.)     Due to the lack of personnel I had to review student schedule. (Exhibit on page 78 A-1-35)

32.)     <u>Due to the excessive work load and no administrative power. I applied for several administrative positions as a way out to my current situation. (Exhibit on pages 66, 85, and 109). After all of the excessive work load the director of human resource informed that my position was going to be abolished. (Exhibit on page 87)</u>

33.)     In an effort to improve the current academic and teaching situation I was force to write a memo as well as a summer proposal. (Exhibit on pages 91-97)

34.)     On April 2, 2008 I had to physically intervene due to a student threatening a teacher. (Exhibit on page 99)

35.)     On April 7, 2009 a revised schedule was done for student. The student has been confrontational in class and he was an ongoing problem. (Exhibit on page 112)

36.)     Due to the current discipline problems and guidelines I had to address the problem of not having any administrative power to suspend student. On a daily basis I had to address disciplinary problems that were out of my control. The reality that the student at this alternative school acted out of the normal. (Exhibit on page 112 & 113)

37.)     Due to the lack of personnel there was a school fire in the school locker. (Exhibit on page 118)

38.)     Due to the lack of a nurse or medical personnel students collapse. (Exhibit on page 120)

39.)     Due to the lack of a guidance counselor I had to deal with students appeal program and process. (Exhibit on pages 125-126)

40.)     On April 21, 2008 student discharge the fire extinguisher. Students and staff had to evacuate the building. Student didn't have any classes in the morning but due to lack of personnel he got into the building and compromise the safety of the entire school. We had to cancel school for the rest of the due to a mandatory order for the Chief of Police and the Fire Marshall in Trenton. (Exhibit on pages 114-116)

41.)     On April 25, 2008 student Sophia Rogers and her Math teacher where discussing the student refused to leave the class. The student became confrontational and disrespectful. I got her out of the class and call her mother. When her mother arrived to the school she became very aggressive loud and out of control. Didn't have any security personnel, I spend an hour dealing with these problem and I had to return to school after my current working hours to address disciplinary issues. (Exhibit on page 116 A 7 116 A.1) There were other events and job responsibilities like covering classes for teachers when they where out, attending meetings of that didn't

Due to the overwork load and adverse working environment my body began to collapse. **The reality that I was send to run this small learning community but I had no say in decisions that affect my responsibilities, unrelenting and unreasonable performance demands, lack of effective communication and conflict-resolution methods among workers and employers, Lack of job security or job title, night-shift work, long hours, or both too much time spent away from home and family due to work overload, and wages not matching levels of responsibility. As a healthy person that I have always been and with perfect attendance at my job, I didn't understand what was happening to me.** I was hospitalize on several occasions due to Anxiety and an emotional disorder, however, during the 2007-2008 school I had feelings of apprehension, uncertainty, fear, and panic. I was trying to understand what was triggering the anxiety and the associated stressful or threatening conditions. After several anxiety disorders, I encounter numerous of physical complaints, such as headaches, gastrointestinal disturbances, dizziness, and chest pain. These complain was chair with my head Dr.  At the end of the 2007-2008 school year, I was left with no choice but go to the doctor to really find out what was happening to me. After explaining what happen at work during the year he began treatment for stress by after analyzing the entire factor. During the doctor visitation he determined that I had a variety of physical and emotional illnesses. His recommendation was for to see various professional in the field, so he referred me to a:

1.) Psychiatrist

2.) Psychotherapist

3.) Neurologist

4.) Physical Therapy

5.) Pain and Surgical Center

6.) Heart care Associate

During the 2008-2009 school year, I was under treatment for stress. Additionally, during the 2008-2009 medical notes was sent to the school board to justify my albescence during the 2008-2009 school year. On August I send a final memo to the with the doctor's note to return to work under light duty. (Exhibit page 133 & 134)

79

At the present time I am under the care of my doctors. (Exhibit pages 135 & 136)

. Often short-term therapy can resolve stress-related emotional problems.

# MEMO

TO:   Ms. Kathleen Smallwood Johnson, Assistant Superintendent
      Human Resources

FROM: Dr. Alexander Nicolas
      World Language Teacher

DATE: January 4, 2010

RE:   Administrative Posting#23
      (SUPERVISOR OF SPECIAL SUBJECT AREA 9-12)

An "appropriate" education means an education comparable, which details the responsibility to provide a free and appropriate public education. It is in the best interest of the district to provide students with the best administrative and teaching staff possible. As an applicant for the various administrative positions my job performance comes with a trail of credentials, licenses, and references. In this school year I have applied for one administrative position, which is (SUPERVISOR OF SPECIAL SUBJECT AREA 9-12). The current position was posted on October 8, 2009 and the closing date for the position was on October 23, 2009. However it has been eight weeks and the human resource department has not contacted me for an interview. As an applicant for this position I am qualify for this position or any administrative position in the district.

I am bringing the current situation to your attention. In the past I have applied for various administrative positions and I was not call for an interview.  In an effort to ensure that the district is exercising a reasonable evaluation and placement process during the 2008-2009 school year I was left with no other option but to file a complain with the office of Equal Employment Opportunity under Title VII of the Civil Rights Act of 1964, as an individual who has been discriminated against by the current school board. As the new Assistant superintendent for Human Resource I hope that you enforce the proper guidelines and procedures.

Further more,  it is my belief that your team has no intention of considering me for an administrative position. I am professionally competent to be a head administrator in this case a supervisor at central office.  As you are aware I was the Teacher Leader for the Daylight/Twilight YouthBuild campus. This job or task clearly proves that my experience in scheduling, management, and curriculum will help bring success to the school district and the community.  Additionally, my experience as a Spanish teacher for several years and musical experience is a plus for this district in this case this supervisory job.  In the past the district has hired administrators without prior administrative experience, certification, classroom experience and no leadership skills. It is evident to me that the Trenton school district has always been engage in unfair hiring practices. As the new person in charge, I want you to bring some fairness to this process. I can be reach at 267-

*81*

339-8215.


Cc: Rodney Lofton, Superintendent of Schools
TEA President, Joe Santos
Joyce M. Kersey, President
Dr. L. Diane Campbell, Vice President
Alexander Brown
Lisa Kasabach
Harry Luna
Marcellus D. Smith Jr.
Donald Shelton
Nicola Tatum
Mayor Douglas Palmer

# View Jobs Form
**You have successfully applied for this job.**

| Withdraw interest for this job |
| --- |

**Building/Department** Trenton Board of Education

**Position Title** Supervisor of Special Subject Areas 9-12

**Posting Number** 23

**Job Number** 2300021520

**Job Type** Other, Please Specify

**Term of Contract**

**Salary: From**

**Salary: To**

**Technology Literacy**

**Coaching/Club Interests**

**Clerical/Secretarial Skills**

**Custodial / Maintenance**

**Nutrition Services Skills**

**Nursing**

**Technology Specialist Certifications/Licenses**

**Management**

**Certificates/Endorsements**

**Description** POSITION: SUPERVISOR OF SPECIAL SUBJECT AREA 9-12

LOCATION: Central Services Building

QUALIFICATIONS: 1. Valid NJ Supervisor's Certification
2. Master's degree from an accredited college or university
3. A minimum of five (5) years successful teaching on the secondary level required.
4. Supervisor experience preferred.
5. Demonstrates the ability to communicate and work effectively with students, parents, and staff, community groups and organizations.

DUTIES: 1. Supervises special Subject areas to include Fine and Performing Arts, Health, and Physical Education.
2. Observes and evaluates personnel.
3. Visits classrooms and provides assistance to teachers in improving existing strengths and in overcoming problems related to their teaching performance.
4. Prepares and monitors a multi-year and annual plan for curriculum development, maintenance and revision.
5. Monitors the implementation of curriculum goals and objectives.
6. Works with teachers, helping teachers, consultants and administrators to monitor progress toward curriculum goals and objectives.
7. Develops a working knowledge of the State monitoring process.
8. Develops materials and techniques to address program needs cooperatively with teachers and administrators.
9. Initiates and manages curriculum implementation, evaluation and performance assessments.
10. Prepares an annual plan for program evaluation, conducts annual evaluation, and prepares annual program evaluation reports.
11. Interprets district's instructional program to parents and community.

12. Works with teachers and administrators to integrate district and community resources into daily instruction.

13. Plans and conducts student competitions and educational opportunities at schools, district, regional, and national levels.

14. Plans, develops and schedules appropriate in-services in cooperation with the Director Secondary Education and the high school principals.

15. Provides teachers with sources of information to assist in improving instruction.

16. Works with the three High School Principals to determine budgeting needs and assists in the preparation of a tentative budget based on instructional needs.

17. Develops innovative programs designed to improve the curriculum and instruction techniques, classroom management techniques, student assessment.

18. Investigates and implements new instructional techniques and programs.

19. Develops procedures and guidelines, which will provide for the efficient functioning of the program within approved Board policies.

20. Is aware of Board policies governing or related to educational programs, works with teachers and administrators to prepare recommendations for refined or new guidelines and procedures, and informs appropriate staff of new/changed guidelines and procedures.

21. Serves as the school's liaison with various outside agencies establishing or administering exemplary programs for which district students are eligible for participation.

22. Makes recommendations regarding the high school's participation or non-participation in exemplary special subject area programs.

23. Serves as a resource in developing recommendations for the students in the Gifted and Talented program.

24. Performs all other administrative tasks, as assigned by the principal and/or the Assistant Superintendent of Curriculum, Instruction and Assessment.

25. Any other such duties as may be assigned.

TERMS
OF EMPLOYMENT: Twelve (12) month position.

SALARY: $87,251 - $98,009 - In accordance with TASA contract.
Salary to be adjusted upon ratification of new contract.

DEADLINE
FOR APPLYING: October 23, 2009

HOW TO APPLY: To be considered for interview, the following is required

X Internet Application (www.trenton.k12.nj.us)
X Current resume
X Copy of NJ certification
X Three (3) letters of reference


EQUAL OPPORTUNITY/AFFIRMATIVE ACTION EMPLOYER

lj

**Grades**

**Open Date**  10/08/2009

**Closing Date**  10/23/2009


Back

**Human Resources Department**
**108 North Clinton Avenue**
**Trenton, New Jersey 08609**

October 8, 2009

## POSTING #23 - PLEASE PUT THIS NUMBER ON YOUR APPLICATION

### POSTING OF VACANCY

**POSITION:**          **SUPERVISOR OF SPECIAL SUBJECT AREA 9-12**

**LOCATION:**          **Central Services Building**

**QUALIFICATIONS:**
1. Valid NJ Supervisor's Certification
2. Master's degree from an accredited college or university
3. A minimum of five (5) years successful teaching on the secondary level required.
4. Supervisor experience preferred.
5. Demonstrates the ability to communicate and work effectively with students, parents, and staff, community groups and organizations.

**DUTIES:**
1. Supervises special Subject areas to include Fine and Performing Arts, Health, and Physical Education.
2. Observes and evaluates personnel.
3. Visits classrooms and provides assistance to teachers in improving existing strengths and in overcoming problems related to their teaching performance.
4. Prepares and monitors a multi-year and annual plan for curriculum development, maintenance and revision.
5. Monitors the implementation of curriculum goals and objectives.
6. Works with teachers, helping teachers, consultants and administrators to monitor progress toward curriculum goals and objectives.
7. Develops a working knowledge of the State monitoring process.
8. Develops materials and techniques to address program needs cooperatively with teachers and administrators.
9. Initiates and manages curriculum implementation, evaluation and performance assessments.
10. Prepares an annual plan for program evaluation, conducts annual evaluation, and prepares annual program evaluation reports.
11. Interprets district's instructional program to parents and community.
12. Works with teachers and administrators to integrate district and community resources into daily instruction.
13. Plans and conducts student competitions and educational opportunities at schools, district, regional, and national levels.
14. Plans, develops and schedules appropriate in-services in cooperation with the Director Secondary Education and the high school principals.



# MEMO

TO:  Mr. Rodney Lofton Superintendent of Schools

FROM:  Dr. Alexander Nicolas,
World Language Teacher

DATE:  February 12, 2010

RE:  Administrative Posting#23, 72 AND  73
(VICE-PRINCIPAL TRENTON CENTRAL HIGH SCHOOL)
(PRINCIPAL TCHS WEST CAMPUS)

As a qualified candidate for an administrative job in the Trenton Public School District it is my intent to bring this to your attention.  In this 2009-2010 school year I have applied for three administrative positions, which are, (PRINCIPAL TCHS WEST CAMPUS), (VICE-PRINCIPAL TCHS), AND (SUPERVISOR OF SPECIAL SUBJECT AREA 9-12).   In the past I have applied for various administrative positions and I was not call for an interview.  In an effort to ensure that I can have a fair chance as an applicant I am bringing the prior unfair practice of not being called for an interview. Attach are the posting with copies of the recommendation letters and copies of the appropriate certificates.

Cc: Mrs. Kathleen Smallwood, Assistant Superintendent for Human Resource
TEA President, Joe Santos
Joyce M. Kersey, President
Dr. L. Diane Campbell, Vice President
Alexander Brown
Lisa Kasabach
Harry Luna
Marcellus D. Smith Jr.
Donald Shelton
Nicola Tatum
Mayor Douglas Palmer

# Jobs

Here is a list of jobs that match the type(s) of application(s) you have created. There is a quick overview of the job provided below. If you are interested in more detailed information on a particular job, you can click the View link beside the listing. To run another search, you can click the browser's Back button to return to the searching page.

This list only provides a quick overview of each job posting. If you are interested in more detailed information on a particular job, you can click the "View" link beside the listing.

Even if there are no currently posted jobs which match your particular skills or interests, please do not be discouraged from submitting an application. Furthermore, a lack of posted jobs does not mean that we are not accepting applications or seeking candidates.

**You must click a job's View link in order to apply for that job.**

Displaying 1 to 2 of 2

|  | Posting Number | Position Title | Job Type | Building/Department | Applied? | Open Date | Closing Date |
|---|---|---|---|---|---|---|---|
| View/Apply | 72 | VICE PRINCIPAL | High School | Trenton Central High School (Main Campus) | Yes | 01/08/2010 | 01/22/2010 |
| View/Apply | 73 | PRINCIPAL | High School | TCHS West Campus (Annex) | Yes | 01/08/2010 | 01/22/2010 |

Back


created with
nitro^PDF professional
download the free trial online at nitropdf.com/professional

# View Jobs Form



**You have successfully applied for this job.**

| Withdraw interest for this job |

| | |
|---|---|
| **Building/Department** | TCHS West Campus (Annex) |
| **Position Title** | PRINCIPAL |
| **Posting Number** | 73 |
| **Job Number** | 2300022464 |
| **Job Type** | High School |
| **Term of Contract** | |
| **Salary: From** | |
| **Salary: To** | |
| **Technology Literacy** | |
| **Coaching/Club Interests** | |
| **Clerical/Secretarial Skills** | |
| **Custodial / Maintenance** | |
| **Nutrition Services Skills** | |
| **Nursing** | |
| **Technology Specialist Certifications/Licenses** | |
| **Management** | |
| **Certificates/Endorsements** | |
| **Description** | POSITION: PRINCIPAL |

LOCATION: Trenton High School - West

QUALIFICATIONS: 1. Hold or be eligible for a valid New Jersey Principal's certificate.
2. A minimum of five (5) years experience in education, teacher leadership and/or administration. Administrative experience preferred.
3. Experience with curriculum development and implementation.
4. Thorough knowledge of NJ CCCS.
5. Experience working in an urban setting, preferred.
6. Ability to speak Spanish, a plus.
7. Excellent verbal and oral communication skills.
8. Excellent interpersonal skills.
9. Proficient technology skills.

DUTIES: 1. Assumes responsibility for the implementation and observance of all board policies and administrative regulations for the school staff and students.
2. Provides educational leadership and maintains effective communication with staff members, central office personnel, parents, school community and students.
3. Provides educational leadership to effectively bring about an improvement in student achievement.
4. Works collaboratively, collegially and cooperatively with fellow principals and other district administrators.
5. Demonstrates and serves as a resource for instructional and best practices.
6. Guides, encourages and assists in the development of revisions and evaluation of the curriculum.



created with
nitro**PDF** professional
download the free trial online at nitropdf.com/professional

90

7. Supervises all personnel assigned to the school.
8. Exercises appropriate managerial and operational procedures.
9. Implements all collective bargaining agreements at the school.
10. Works cooperatively with the Special Education Department and the LEP/bilingual.
11. Completes performance evaluations for all staff assigned to school.
12. Communicates effectively with all parents, students, and staff.

TERM OF
EMPLOYMENT: Twelve (12) month position

SALARY: $119,526 - $131,360
In accordance with TASA agreement

DEADLINE
FOR APPLYING: January 22, 2010

HOW TO APPLY: To be considered for interview the following is required:

Completed application to include:
* Internet Application at www.trenton.k12.nj.us
* Current resume
* Copy of certification
* Three letters of reference

EQUAL EMPLOYMENT OPPORTUNITY/AFFIRMATIVE ACTION EMPLOYER

lj

**Grades**

**Open Date**   01/08/2010

**Closing Date**   01/22/2010

Back



# View Jobs Form

**You have successfully applied for this job.**

Withdraw interest for this job

| | |
|---|---|
| **Building/Department** | Trenton Central High School (Main Campus) |
| **Position Title** | VICE PRINCIPAL |
| **Posting Number** | 72 |
| **Job Number** | 2300022463 |
| **Job Type** | High School |
| **Term of Contract** | |
| **Salary: From** | |
| **Salary: To** | |
| **Technology Literacy** | |
| **Coaching/Club Interests** | |
| **Clerical/Secretarial Skills** | |
| **Custodial / Maintenance** | |
| **Nutrition Services Skills** | |
| **Nursing** | |
| **Technology Specialist** | |
| **Certifications/Licenses** | |
| **Management** | |
| **Certificates/Endorsements** | |
| **Description** | POSITION: VICE PRINCIPAL |

LOCATION: Trenton High School- Main

QUALIFICATIONS: 1. Hold or be eligible for a valid New Jersey Principal's certificate.
2. A minimum of four (4) years teaching experience or equivalent experience in teaching, leadership and/or administration.
3. Experience working in an urban setting, preferred.
4. Excellent verbal and oral communication skills.
5. Excellent interpersonal skills.
6. Proficient technology skills.

DUTIES: 1. Assists in the formal staff observation/evaluation process.
2. Assists in the development, implementation and evaluation of curriculum goals and objectives.
3. Coordinates the curriculum and staff development, program innovations, scheduling, and implementation of curriculum goals.
4. Works with the building principal to ensure a positive learning environment for all students.
5. Works with the building principal to ensure a positive school climate and culture.
6. Provides effective treatment to staff, students and parents for improved student achievement.
7. Monitors attendance and curriculum implementation of staff through PIP's objectives, evaluations, lesson plans, grade/roll books, and staff attendance records.
8. Develops the budget and orders supplies as directed by the principal.
9. Coordinates placement of students.
10. Assists with planning in-service programs/staff training.
11. Coordinates summer school program and extended day.



1 of 2                                                                 1/13/2010 10:00 AM

12. Establishes orientation program for new teachers.
13. Supervises non-certified staff.
14. Assigns substitutes to daily class coverage.
15. Communicates with guidance counselor as directed by the principal.
16. Assists with state and district testing programs.
17. Coordinates parental and voluntary groups in the school.

TERMS OF
EMPLOYMENT: Twelve (12) month position.

SALARY: $92,630-$104,464 - In accordance with TASA contract and experience.

DEADLINE
FOR APPLYING: January 22, 2010

HOW TO APPLY: To be considered for interview the following is required:

Completed application to include:
* Internet Application at www.trenton.k12.nj.us
* Current resume
* Copy of certification
* Three letters of reference

EQUAL OPPORTUNITY/AFFIRMATIVE ACTION EMPLOYER

lj

**Grades**

**Open Date** 01/08/2010

**Closing Date** 01/22/2010

Back



WARNING: THIS DOCUMENT CONTAINS MULTIPLE SECURITY FEATURES INCLUDING A CHAIN-LINK WATERMARK.

XXX-XX-3135
250411

751173

## The State of New Jersey

Department of Education
State Board of Examiners

Standard Certificate

*This is to certify that*

Issued    Expires
10/09

ALEXANDER S NICOLAS

County   District
00       0000

Has met all of the requirements established by the State Board
of  Education and is authorized to serve in the public schools
of New Jersey as indicated below:

Supervisor

Lucille E. Davy
Commissioner of Education

Robert R. Higgins
Secretary, Board of Examiners



WARNING: THIS DOCUMENT CONTAINS MULTIPLE SECURITY FEATURES INCLUDING A CHAIN-LINK WATERMARK.

The State of New Jersey

550802

Department of Education
State Board of Examiners
Certificate of Eligibility

This is to certify that

County District
00       0000

ALEXANDER S NICOLAS

Issued   Expires
06/05

Has completed certain requirements for certification and is eligible
to seek employment in positions requiring the Provisional Certificate
in the area(s) listed below. The Provisional Certificate will be
issued contingent upon evidence of employment in a district that
agrees to provide an approved induction program, including required
job support, performance evaluation and professional coursework.

Principal

Secretary, Board of Examiners

Commissioner of Education

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                                    550612

# The State of New Jersey

Department of Education
State Board of Examiners

Certificate of Eligibility

This is to certify that
ALEXANDER S NICOLAS

County District
00        0000

Issued   Expires
06/05

Has completed certain requirements for certification and is eligible to seek employment in positions requiring the Provisional Certificate in the area(s) listed below.  The Provisional Certificate will be issued contingent upon evidence of employment in a district that agrees to provide an approved induction program, including required job support, performance evaluation and professional coursework.

School Administrator

Commissioner of Education

Secretary, Board of Examiners



# TRENTON BOARD OF EDUCATION

*All Together — Better!*

**Rodney S. Lofton**
*Superintendent of Schools*



**Marc Maurice**
*Principal*
*Franklin Elementary*
609.656.4720 • 609.656.6027 fax
mmaurice@trenton.k12.nj.us

1/12/10

To whom it may concern,

It is with great pleasure that I am writing this letter on behalf of Dr. Nicolas. He was a Spanish teacher during my tenure at Holland Middle School. He was a good teacher who used various pedagogical approaches to sustain the interest level of students assigned to his classes. He engaged students in various cross discipline projects that helped them enhance their knowledge in Social Studies and Language Arts as well.

Dr. Nicolas provided assistance while I was restructuring the school. Since I did not have an Assistant Principal, I had to ask certain capable staff members to assist me with the management of various duties. Dr. Nicolas, without hesitation, responded to my call. He assisted me in the development of teacher schedules, student discipline and other task that are needed to sustain a positive climate in any learning institution.

He is a consummate professional who loves his craft. It is not unusual to see him working beyond his scheduled hours to assist colleagues or students. Other Administrators, being cognizant of his administrative skills, promoted him to a lead teacher position.
 I strongly recommend Dr. Nicolas for a leadership position because he is a dedicated hard worker who is always ready to learn.

Sincerely,

Marc Maurice, Principal



# Grace A. Dunn Middle School
## 401 Dayton Street
## Trenton, New Jersey 08610
### (609) 656-4700 ~ (609) 989-9693 Fax



**Sharon L. Courtney**
**Vice Principal**

**Dr. H. G. Richardson**
**Principal**

**Matthew Cordonnier**
**Vice Principal**

### *LETTER OF RECOMMENDATION*

*January 25, 2010*

*To Whom It May Concern:*

    *I am writing on behalf of Dr. Alexander Nicolas who is a candidate for an administrative position.*

    *I am pleased to recommend Dr. Nicolas for this position.  I have found him to be a professional educator, he strives to raise the level of expectations for the student, staff and learning community.*

    *He has demonstrated leadership skills and has good rapport with the teaching staff.  He exchanges his views with them and listens attentively to their concerns.*

    *Mr. Nicolas works diligently with his assigned task, and he proves to be capable as he completes the task effectively.*

    *Mr. Nicolas continues to implement goals of the district as he displays his passion for the growth of our students in the Trenton School District.*

*Sincerely,*

**Dr. Harriet Green Richardson**
**Principal**



# TRENTON BOARD OF EDUCATION
*All Together — Better!*

**Rodney S. Lofton**
*Superintendent of Schools*
609.656.5454 • 609.278.2682 fax
rlofton@trenton.k12.nj.us



**Deborah Giddens-Green**
*Principal of Joyce Kilmer School*
609-656-4800 (Main) 609-396-9413 (Fax)
dgreen@trenton.k12.nj.us

**Alexander Bethea**
Vice Principal of Joyce Kilmer
 (Main) 609-656-4800 (Fax) 609-396-9413
abethea@trenton.k12.nj.us

January 22, 2010

To Whom It May Concern,

I, Alex Bethea, Vice-Principal at Kilmer Middle School, Trenton School District am writing this letter of recommendation on behalf of Dr. Alexander Nicolas.

Dr. Nicolas and I have known each other for more than ten years. It was a pleasure working with him a few years ago at Holland Middle School. He was eager to help students succeed and become productive citizens.

Dr. Nicolas was the Teacher Leader at the Daylight/Twilight YouthBuild Campus. During the 2007-2008 he invited me to the campus as a guest speaker for a Black History Month Program. During my visitation, I was impressed with the positive school climate and Dr. Nicolas' professionalism. His Teacher Leader position was abolished during the reduction in school force. He is currently the Spanish teacher at the Daylight/Twilight High School East Hanover campus.

 Dr. Nicolas affirms that his skills can be of great asset to this District. Therefore, it is without reservation that I recommend Dr. Nicolas for an administrator position.

If you need further information, you can reach me on my cell 609-203-0792.

Sincerely,

*Alex Bethea*
Alex Bethea

# Dr. Alexander Nicolas

668 Woodbourne Rd. Ste. 103

Langhorne PA 19047

Arproductions2@netzero.com

267-339-8215 Cell

215-752-0651 Fax

# MEMO

**TO:**       Marcellina Grant-Reese, Benefits Analyst

**FROM:**   Dr. Alexander Nicolas

**DATE:**    October 2, 2009

**RE:**        Medical Benefits

In an effort to complete all the requirements to return to work I have submitted medical clearance for light duty performance. The doctor documentation was presented to the Dept. of Human resource on August 19, 2009. However, prior to presenting medical information to the school board, I had a conversation with you on August 16, 2009. During the conversation I made you aware of that I was returning to work on a light duty clearance in accordance with the doctor's instruction. Additionally, Sonjii West, Assistant Manager, HR call me and told me not to report to the school building until I complete the medical examination set by the board.  In accordance with the TEA contractual agreement I have not been out of work for one year. I returned before the new school year started. On Thursday October 1, 2009 I was informed by my wife who called and made me aware that I didn't have any medical insurance. I have been without medical insurance for more than thirty days.  The insurance company confirmed that my medical benefits was terminated on August 31, 2009. As a board employee I never receive a phone call or written notification from you stating that my medical benefits would be terminated. This is considered an unfair practice. Sanjii West, Assistant Manager, HR call you on Thursday October 1, 2009 and on Friday October 2, 2009 they send you an email for you to reinstate my medical benefits. I am currently receiving medical treatment with my different doctors.  I am writing this memorandum for you to reinstate my medical benefits.

Cc: Rodney Lofton, Superintendent of Schools

Kathleen Smallwood Johnson, Assistant Superintendent.

Sonjii West, Assistance Manager, HR

School Board

TEA President, Joe Santos

Mayor Douglas Palmer

City Counsel



**Trenton Public Schools**
**CENTRAL SERVICES BUILDING**
*HUMAN RESOURCES DEPARTMENT*
**108 NORTH CLINTON AVENUE**
**TRENTON, NEW JERSEY 08609**

## Memorandum
### CERTIFIED MAIL 7005 1820 0000 3997 6793

**TO:**      **DR. ALEXANDER NICHOLAS**
             Teacher

**FROM:**    Sonjii West
             Assistant Manager, HR

**DATE:**    September 9, 2009

**SUBJECT:** Appointment

_____

In order to determine your fitness to work, an appointment has been scheduled for you with Dr. James Hewitt at 442 Warwick Road - Lawnside, NJ 08045. Please report to his office on **Tuesday, September 29, 2009 at 2:30pm.**

Please bring with you a copy of your current physicians note releasing you to return to work; with or without restrictions must be indicated on your note.

If you have any questions regarding this matter, please do not hesitate to contact me at 609-656-5475.

Sincerely,

Sonjii West

c: Kathleen Smallwood Johnson, Esq, Executive Director-Human Resources
   Pam Owens, Manager, Human Resources

## EXCUSE SLIP

**DR. DAVID J. MILLER**
201 Woolston Drive, Ste. 1E
Morrisville, PA 19067

Telephone: (215) 736-2508

Date 9-22-09

Please Excuse Alexander Nicolas

FROM: ☑ Work   ☐ School   ☐ P.E.
☐ Other_____

DUE TO: ☐ Injury   ☐ Illness
☑ Other light duty

From 9-24-09 to 10-24-09

Thank You,

**Trenton Board of Education**
**Central Services Building – Human Resources Department**
108 North Clinton Ave.
Trenton, NJ 08609

Kathleen Smallwood Johnson, Esq.
*Executive Director, Human Resources*
*Negotiations, and Legal Affairs*

Office/609-656-5471
Fax/609-278-3081
*www.trenton.k12.nj.us*

Date: *August 19, 2009*

Dear: *Dr. Nicholas*

*Thank you for your submission of the following:*

☐ **Contracts**
☐ **Dual Certification**
☐ **First-Year Teacher Information**
☐ **Forms:** _____
☐ **Health Benefits Form(s)**
☐ **Letters**
    _____ Leave of Absence    _____ Transfer
    _____ Resignation    _____ Retirement
    _____ Other: _____

☐ **Money Orders**
☐ **National Certification**
☐ **Comments:** *+ Memo regarding light duty. (Return to work)*
_____
_____

☒ **Physician Note**
☐ **Professional Development Hours**    ☐ **SuperMax**
☐ **Position Request/Resumes/Application**
    Posting # _____
☐ **Transcripts from** _____
☐ **Tuition** _____ **Pre-approval** _____ **Reimbursement**
☐ **Verification Information**

*Contreras X5699*

Human Resources Representative

**Dr. Alexander Nicolas**
668 Woodbourne Rd. Ste. 103
Langhorne PA 19047
Arproductions2@netzero.com
267-339-8215 Cell
215-752-0651 Fax

# MEMO

TO: BART LAGRASS, VICE-PRINCIPAL
    (Daylight/Twilight)

FROM: DR. ALEXANDER NICOLAS,
WORLD LANGUAGE TEACHER

DATE: 11/3/09

RE:  Special Education Students

The school administration should be actively involved in the creation or modification of institutional policies or structures designed to address requirements for accountability. For success it is important to recognize collective expertise.  According to the school hand book Daylight/Twilight is an alternative high school. Working with special education students can be difficult if you don't implement the proper strategies. The school should identify these students in an effort to help them meet their educational requirements for graduation. The IDEA examines what is involved in evaluating whole-school reform programs as well as its requirements. The IDEA requires IEP teams, which generally include the classroom teacher, parents, school principal, student, special needs educator, and possibly a child study team coordinator. The purpose is to determine whether a student needs assertive classroom support.  Leaders also need to help teachers, students, parents and other to create an environment of support, in which people see problems no as weaknesses but as issues to be solved.

 According to the guidelines set by the Department of Education in the State of new Jersey the IEP team is required to record their observations of the student in his or her customary environments (e.g., the classroom, hallway, home, or playground). Additionally, special consideration should be given to the staff as well as teaching strategies, learning styles, and feelings.



Due to the Legislation of the No Child Left Behind school administrators are force to implement changes in the curriculum.  The core curriculum standards were created to improve student achievement by clearly defining what all students should know and be able to do at the end of thirteen years of public or private education.  The changes forces teachers to be highly qualified to teach in their content area. Additionally, administrators at the district level and local school level need to help teachers improve classroom instruction. It is the responsibility of the school administration to provide the teacher with a list of students with an IEP and current IEP report. This will help the teacher provide the student with the educational content depending on his or her learning abilities.  On the other hand a classroom aid should be provided to the teacher to meet state guidelines. The reality is that this will allow students to get support in the classroom. It will be very important for me and the current school staff to get an up-dated IEP list of these students.

Cc: Rodney Lofton, Superintendent of Schools
Kathleen Smallwood Johnson, Assistant Superintendent
Sonjii West, Assistance Manager, HR
Mr. Ronald Edwards, Vice-Principal
Mrs. Hope Grant Wither, Principal
 School Board
TEA President, Joe Santos
Mayor Douglas Palmer
City Counsel



# Dr. Alexander Nicolas

668 Woodbourne Rd. Ste. 103

Langhorne PA 19047

Arproductions2@netzero.com

267-339-8215 Cell

215-752-0651 Fax

---

# MEMO

TO:  Mr. Joe Santo, TEA President

FROM:  Dr. Alexander Nicolas, World Language Teacher

DATE:  November 4, 2009

RE:  Central Office Meeting

Please be advised that on Monday November 2, 2009 at 3:30, I was invited to a formal meeting at the district office to address an important educational issue. The issue addressed having a teacher aid in the classroom when working with special education students or students with disabilities. The meeting was conducted by Mrs. Smallwood Johnson Assistant superintendent for human resources. Beside Mrs. Johnson, Mr. Bart LaGrassa, Vice-Principal of Daylight/Twilight, and Mrs. Sanjii West, Human Resources Manager where present at the meeting. During the meeting Mr. LaGrassa expressed that Daylight/Twilight was not an alternative high school. However, the school hand book states that Daylight/Twilight is an alternative high school. According to the guidelines set by the Department of Education in the State of new Jersey there should be an IEP team at the school. The IEP team, which generally includes the classroom teacher, parent, school principal, and student, special needs educator, and possibly a child study team coordinator. The purpose is to determine whether a student needs assertive classroom support. Leaders also need to help teachers, students, parents and others to create an environment of support, on in which people see problems no as weaknesses but as issues to be solved. The IEP team is required to record their observations of the student in his or her customary environments (e.g., the classroom, hallway, home, or playground). Additionally, special consideration should be given to staff as well as

teaching strategies, learning styles, and feelings.   I am bringing this to your attention due to the nature of the educational issue. I consider this action to be an unfair practice. Additionally, the representative of the school board should have all parties present when conducting an important meeting of this nature. I did not have any TEA representation. It will be in the best interest for the TEA office to send a memo or letter to all school principals and district administrators to enforce a proper ethical practice.


Cc: Mr. Rodney Lofton, Superintendent of Schools

Mrs. Kathleen Smallwood Johnson, Assistant Superintendent.

Mrs. Sonjii West, Assistance Manager, HR

Mrs. Hope Wither, Principal

Mr. Bart LaGrassa, Vice-Principal

Mr. Ronald Edwards, Vice-Principal

School Board Members