AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 10-760

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

RECEIVED FEB 23 2010 AT 8:30 WILLIAM T. WALSH, CLERK

This summons for *(name of individual and title, if any)* DR. ALEXANDER NICOLAS

was received by me on *(date)* 02/22/2010 .

☑ I personally served the summons on the individual at *(place)* TRENTON BOARD OF EDUCATION, 108 SOUTH CLINTON AVE, TRENTON NJ 08618    on *(date)* 02/22/2010    ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* Jamila Shepherd, a person of suitable age and discretion who resides there,
on *(date)* 02/22/2010    , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is HR Admin Secy
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 02/22/2010

Juan C Rosa
*Server's signature*

MR. JUAN CARLOS ROSA
*Printed name and title*

832 SECOND ST.
TRENTON N. J. 08618
*Server's address*

2010 FEB 22 PM 3:44 RECEIVED HUMAN RESOURCES

Additional information regarding attempted service, etc:
ADDITIONAL COPY WAS SEND CERTIFIED MAIL TO MR. RODNEY LOFTON, SUPERINTENDENT OF SCHOOLS.